# EXHIBIT 2

AFTER RECORDING, RETURN TO:

RAVI KUMAR KHANNA and LINA NAIK
3129 38th Street, NW
Washington, DC 20016


KVS Title, LLC File No. **20-40736**

Title Insurer: **Westcor Land Title Insurance Company**

DEED-SHORT FORM D.C.


**This Deed**, made this ⟨20⟩ day of **November, 2020**, by and between MAD DEVELOPMENT LLC, a District of Columbia limited liability company, party of the first part, and RAVI KUMAR KHANNA and LINA NAIK, married couple, parties of the second part.

WITNESSETH, that in consideration of the sum of Two Million and 00/100 Dollars ($2,000,000.00), the party of the first part does hereby grant unto the parties of the second part, in fee simple, as tenants by the entirety, their assigns and unto the survivor of them, and the survivor's personal representatives and assigns, all that piece or parcel of land, together with the improvements, rights, privileges and appurtenances to the same belonging, situate in the District of Columbia, described as follows, to wit:

> All that certain lot or parcel of land situate in the **District of Columbia** and being more particularly described as follows:
>
> Lot numbered Fifty (50) in the subdivision made by Thomas J. Lane, Jr. of Lot numbered Twenty-One (21) in Block numbered One (1) in "FAIRVIEW HEIGHTS", as per Plat recorded in the office of the Surveyor for the District of Columbia in Liber 75 at Folio 50.
>
> NOTE: The said property is known for assessment and taxation purposes as Lot 0050 in Square 1923.

Commonly known as: 3129 38th Street, NW, Washington, DC 20016


AND the said party of the first part covenants that it will warrant specially the property hereby conveyed; and that it will execute such further assurances of said land as may be requisite.

WITNESS the hand and seal the day and year first hereinbefore written.

IN PRESENCE OF:

_____
Witness

MAD DEVELOPMENT LLC, A
DISTRICT OF COLUMBIA LIMITED
LIABILITY COMPANY

By: X _Bony C. Dempsey - Sole member_
BONNY DEMPSEY, SOLE
MEMBER

STATE OF __Wash.__,

CITY/COUNTY OF __DC__, to wit:

I, __Claudia Vitale__, a Notary Public, in and for the jurisdiction aforesaid, do hereby certify that BONNY DEMPSEY, Sole Member of MAD DEVELOPMENT LLC, a District of Columbia limited liability company, who is personally well known to me (or provided satisfactory evidence) as the grantor in, and the person who executed the foregoing and annexed deed, bearing the date of this __19__ day of **November, 2020**, personally appeared before me in the said District and acknowledged the said deed to be its act and deed.

Given under my hand and seal this __19__ day of November, 2020.

CLAUDIA VITALE
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires July 14, 2022

Notary Public
My Commission Expires: _____

```
Doc #: 2020147542
Filed & Recorded
12/03/2020 08:50 AM
IDA WILLIAMS
RECORDER OF DEEDS
WASH DC RECORDER OF DEEDS
   RECORDING FEES          $25.00
   SURCHARGE               $6.50
   RECORDATION TAX FEES    $29,000.00
   TRANSFER TAX FEES       $29,000.00
TOTAL:                     $58,031.50
```