# EXHIBIT 5



**Bonnie**

...of people coming in and leaving town, might be good for real estate

The market is crazy strong

That's great! Super low interest rate still too

Dec 4, 2020 at 3:17 PM

Hey Bonnie, I hope you had a great Thanksgiving! Just checking in on your email from a few weeks ago. Are you going to send some new paperwork for the roll over? Also on the $10,000 proceeds, can you send those





