# EXHIBIT 7



---------- Forwarded message ---------
From: Bonny Dempsey <bonny@mad-property.com> <mailto:bonny@mad-property.com> >
Date: Thu, Aug 26, 2021 at 2:53 PM

Subject: Investment
To: Aaron Poynton <poyntman@hotmail.com> <mailto:poyntman@hotmail.com> >

Aaron:

I hope you and your family are having a great summer, it has seemed to fly past us.

Several years ago an attorney I worked with suggested I open a Series LLC, this would allow me to buy multiple properties under the same LLC but using different EIN numbers for each property, which seemed to be working great, it saved time and money on bookkeeping and taxes.  Mid 2019 my business was doing so well, Pat planned on leaving FR to join me part time and give him the flexibility to work with Intech and other business opportunities that he had interest in.

As you know COVID hit hard in 2020 and impacted many businesses, mine included.

 At the end of 2019 I owned 5 projects all of which were in different stages but all close to completion.  In January and February of 2020 I picked up 4 new projects and  started the plan and permit process through DCRA which can take up to 6 months as I have done in the past.  The 2nd week of March right after DC went on lockdown,  I listed 2 properties, 46 V St NW for $1.5 and 3524 S St NW $2 million, both properties sat on the market for months and during the lockdown and eventually sold, for a combined loss of over $500k.  By July of 2020 the market continued to struggle, I sold one of my condo conversions for a combined loss of $100k less than expected.   Once the losses started it was like a domino effect with other projects I had.

With financial losses I was not in a position to keep up with and my monthly interest payments to one of my first position lenders, in October of 2020 this lender put me  in default for 4 of my loans, they took my 12% interest rate to 24% as well as additional fines and penalties. Profits made from any sale, this lender was able to grab to cover their fees.  After careful analysis, skyrocketing construction cost and the ability for this lender to reach in, I decided to sell 3724 S St NW, the property which you had invested with me.  The property was sold at a loss with plans without even a 2 x 4 added.

I hate that I am in this position, you being Pat's friend makes it even worse, needless to say I am extremely embarrassed, humbled etc.

I am working with a new attorney that has helped me set up new individual LLC's for each project I invest in, I am on the search everyday looking for properties that make financial sense, they are much harder to find but definitely out there.

I will be working extra hard to pay you back before the end of  2022.  I do greatly apologize for putting you in this situation.

--

Bonny Dempsey

MAD Development &

MAD Construction

Mother And Daughters

703-946-9529

mad-development.com <http://mad-development.com>

https://www.facebook.com/MADDevelopmentLLC/

--

Bonny Dempsey

MAD Development &

MAD Construction

Mother And Daughters

703-946-9529

mad-development.com <http://mad-development.com>

https://www.facebook.com/MADDevelopmentLLC/

--

Bonny Dempsey

MAD Development &

MAD Construction

Mother And Daughters

703-946-9529