# EXHIBIT 8

<u>PROMISSORY NOTE</u>

U.S. $100,000.00                                    Maturity Date: **December 31, 2022**

Date of Issue: **November 19, 2021**

 For value received, the undersigned, **Bonny Dempsey**, residing at 4501 Q Lane NW Washington DC. 20007, hereafter referred as the "Maker", promises to pay to the order of **Aaron Poynton**, an individual, residing at 1408 Stockton Road, Joppa MD 21085, hereafter referred as the "Holder", at any place and in any manner as the Holder may designate in writing, a sum of <u>One Hundred Thousand Dollars and 00/100 ($100,000.00)</u>, by December 31, 2022, in immediately available funds.

 This note shall bear PIK interest in the amount of ten percent per annum (10%) from December 4, 2020, until the maturity date, but shall be forgiven in its entirety if Maker repays this Note in full on or before the maturity date. Any failure by the Maker(s) to pay the principal amount when due, or in the event that the undersigned is in any other way in default, whether by acceleration of otherwise, the Holder of this note reserves the right to declare that the entire principal balance then owing shall bear interest at a rate equal to the maximum rate of interest permitted at that time under applicable law, until the entire of principal and /or interest then due has been paid in full.

 All payments shall be made in lawful currency of the United States of America in immediately available funds.

 Interest shall be computed on the basis of a 360-day year and paid for the actual number of days elapsed in any interest period.

 The undersigned may at any time prepay the note, upon giving a written notice to holder without penalty or premium.

 This note shall mature and become immediately due and payable without presentation, demand or notice, at the option of the holder hereof, upon the happening of one or more of the following events of default, namely: the death of a maker; dissolution or termination of business of the undersigned; failure to make payment promptly when due; or the insolvency or bankruptcy of, or any commission of any act of bankruptcy or application for relief under any state or federal law relating to the relief of debtors by the undersigned.

 The parties hereunder, hereby waive presentment, demand, notice of dishonor,

protest and all other demands and notices in connection with the delivery acceptance, performance and enforcement of this note.

The undersigned agrees to pay all charges of Holder in connection with the collection or enforcement of this note, including reasonable attorneys' fees.

This instrument shall be governed by and construed in accordance with the laws of the State of Maryland.

Agreed and Accepted as of the first date written above.

Bonny Dempsey
*Bony d Dempsey*
11/29/2021
Dated

Aaron Poynton
*[signature]*
12/6/21
Dated

District of Columbia

This record was acknowledged before me on 29th November 2021 by

Bonny L Dempsey
Date Name(s) of Individuals(s) making statement

*[signature]*
Signature of notarial Officer

Seal [notary seal: CONSTANCE GIBSON, NOTARY PUBLIC, DISTRICT OF COLUMBIA, Exp. - 07/14/2026]

Notary
Title of office

My commission expires: July 14, 2026