IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AARON POYNTON** | * | |
| *Plaintiff*, | * | |
| | | **Case No.: 1:23-cv-448** |
| v. | * | |
| **BONNY DEMPSEY**, *ET AL.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Aaron Poynton's Motion for Admission *Pro Hac Vice* of Jonathan P. Kagan, Esq., it is this _____ day of _____, 2023, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED**, that

> Jonathan P. Kagan, Esquire
> KAGAN STERN MARINELLO & BEARD, LLC
> 238 West Street
> Annapolis, Maryland 21401
> kagan@kaganstern.com

is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Plaintiff Aaron Poynton; and it is further

**ORDERED**, that the presence of the D.C. attorney Stephen B. Stern in this matter is not waived.

_____
United States District Judge