## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON POYNTON** | * |
| *Plaintiff*, | * |
| | Case No.: 1:23-cv-448 |
| v. | * |
| **BONNY DEMPSEY,** *ET AL.* | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

I, Stephen B. Stern, am a member in good standing of the bar of this Court. I am moving the admission of Veronica J. Mina to appear pro hac vice in this case as counsel for Plaintiff Aaron Poynton.

We certify that:

1. The proposed admittee is not a member of the Washington, D.C. bar and does not maintain any law office in Washington, D.C.

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

    State Court & Date of Admission
    Maryland, 12/15/2021

    U.S. Court & Date of Admission
    U.S. District Court for the District of Maryland, 11/18/2022

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the D.C. Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. The undersigned movant is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. The $100.00 fee for admission pro hac vice accompanies this motion.

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| */s/ Stephen B. Stern, Esq.* | */s/ Veronica J. Mina, Esq.* |
| Stephen B. Stern, Esq. Bar No. 452589 | Veronica J. Mina, Esq. |
| KAGAN STERN MARINELLO & BEARD, LLC | KAGAN STERN MARINELLO & BEARD, LLC. |
| 238 West Street | 238 West Street |
| Annapolis, MD 21401 | Annapolis, MD 21401 |
| Telephone: 410-216-7900 | Telephone: 410-216-7900 |
| Facsimile: 410-705-0836 | Facsimile: 410-705-0836 |
| Email: stern@kaganstern.com | Email: mina@kaganstern.com |
| | (Signed by Stephen Stern with permission of Veronica J. Mina) |