IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON POYNTON** | * |
| *Plaintiff*, | * |
| | Case No.: 1:23-cv-448 |
| v. | * |
| **BONNY DEMPSEY**, *ET AL.* | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon consideration of Plaintiff Aaron Poynton's Motion for Admission *Pro Hac Vice* of Veronica J. Mina, Esq., it is this ____ day of _____, 2023, hereby

**ORDERED**, that the Motion for Admission *Pro Hac Vice* is **GRANTED**; and it is further

**ORDERED**, that

> Veronica J. Mina, Esquire
> KAGAN STERN MARINELLO & BEARD, LLC
> 238 West Street
> Annapolis, Maryland 21401
> mina@kaganstern.com

is admitted specially for the limited purpose of appearing and participating in this case as co-counsel for Plaintiff Aaron Poynton; and it is further

**ORDERED**, that the presence of the D.C. attorney Stephen B. Stern in this matter is not waived.

_____
United States District Judge

1