CO-386
10/2018

# United States District Court
# For the District of Columbia

AARON POYNTON )
)
)
)
                   Plaintiff )    Civil Action No. 1:23-cv-448
vs )
)
BONNY DEMPSEY, ET AL. )
)
)
                  Defendant )

**CERTIFICATE RULE LCvR 26.1**

I, the undersigned, counsel of record for **AARON POYNTON** certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of **AARON POYNTON** which have any outstanding securities in the hands of the public:

N/A

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_[signature]_
Signature

452589
BAR IDENTIFICATION NO.

Stephen B. Stern
Print Name

238 West Street
Address

Annapolis, Maryland 21401
City    State    Zip Code

410-216-7900
Phone Number