IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AARON POYNTON | * | |
| *Plaintiff*, | * | Case No.: 1:23-cv-448 |
| v. | * | |
| BONNY DEMPSEY, *ET AL.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR ADMISSION PRO HAC VICE

I, Stephen B. Stern, am a member in good standing of the bar of this Court. I am moving the admission of Jonathan P. Kagan to appear pro hac vice in this case as counsel for Plaintiff Aaron Poynton. Attached hereto is the Declaration for Motion for Admission Pro Hac Vice pursuant to LCvR 83.2(c)(2).

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| __/s/ Stephen B. Stern, Esq._____ | _/s/ Jonathan P. Kagan, Esq._____ |
| Stephen B. Stern, Esq. Bar No. 452589 | Jonathan P. Kagan, Esq. |
| KAGAN STERN MARINELLO & BEARD, LLC | KAGAN STERN MARINELLO & BEARD, LLC. |
| 238 West Street | 238 West Street |
| Annapolis, MD 21401 | Annapolis, MD 21401 |
| Telephone: 410-216-7900 | Telephone: 410-216-7900 |
| Facsimile: 410-705-0836 | Facsimile: 410-705-0836 |
| Email: stern@kaganstern.com | Email: kagan@kaganstern.com |
| | (Signed by Stephen Stern with permission of Jonathan P. Kagan) |