## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON POYNTON** | * |
| *Plaintiff*, | * |
| | Case No.: 1:23-cv-448-JDB |
| v. | * |
| **BONNY DEMPSEY**, *ET AL*. | * |
| *Defendants*. | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

Please enter the appearances of Jonathan P. Kagan and Veronica J. Mina, Kagan Stern Marinello & Beard, LLC, on behalf of Plaintiff Aaron Poynton, as co-counsel in the above-captioned matter pursuant to LCvR 83.6(a), in addition to his current counsel, Stephen B. Stern. Jonathan P. Kagan and Veronica J. Mina are admitted or otherwise authorized to practice in this Court *pro hac vice* by Minute Order of this Court dated February 24, 2023.

| | |
|---|---|
| */s/ Stephen B. Stern, Esq.* | */s/ Jonathan P. Kagan, Esq.* |
| Stephen B. Stern, Esq., Bar No. 452589 | Jonathan P. Kagan, Esq., *admitted pro hac vice* |
| KAGAN STERN MARINELLO & | Email: kagan@kaganstern.com |
| & BEARD, LLC | |
| 238 West Street | */s/ Veronica J. Mina, Esq.* |
| Annapolis, MD 21401 | Veronica J. Mina, Esq., *admitted pro hac vice* |
| Telephone: 410-216-7900 | KAGAN STERN MARINELLO & BEARD, LLC |
| Facsimile: 410-705-0836 | 238 West Street |
| Email: stern@kaganstern.com | Annapolis, MD 21401 |
| | Telephone: 410-216-7900 |
| | Facsimile: 410-705-0836 |
| Date: March 1, 2023 | Email: mina@kaganstern.com |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 1st day of March, 2023, a copy of the foregoing Notice of Entry of Appearance of Counsel for Plaintiff was filed via the CM/ECF filing system and served via first-class, postage prepaid, to the following:

> Bonny Dempsey
> 4624 Asbury Place NW
> Washington, DC 20016
>
> and
>
> MAD DEVELOPMENT, LLC
> 4624 Asbury Place NW
> Washington, DC 20016
>
> **SERVE ON**:
> Russell S. Drazin,
> Resident Agent
> 4400 Jennifer Street, NW
> Washington, DC 20015
>
> *Defendants,*
> *Bonny Dempsey and MAD Development, LLC*

| | |
|---|---|
| __/s/ Stephen B. Stern, Esq._____ | /s/ Jonathan P. Kagan, Esq._____ |
| Stephen B. Stern, Esq., Bar No. 452589 | Jonathan P. Kagan, Esq., *admitted pro hac vice* |
| KAGAN STERN MARINELLO & | Email: kagan@kaganstern.com |
| & BEARD, LLC | |
| 238 West Street | /s/ Veronica J. Mina, Esq._____ |
| Annapolis, MD 21401 | Veronica J. Mina, Esq., *admitted pro hac vice* |
| Telephone: 410-216-7900 | KAGAN STERN MARINELLO & BEARD, LLC |
| Facsimile: 410-705-0836 | 238 West Street |
| Email: stern@kaganstern.com | Annapolis, MD 21401 |
| | Telephone: 410-216-7900 |
| | Facsimile: 410-705-0836 |
| | Email: mina@kaganstern.com |