IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **AARON POYNTON** | * |
| *Plaintiff*, | * |
| | Case No.: **1:23-cv-448-JDB** |
| **v.** | * |
| **BONNY DEMPSEY**, *et al*. | * |
| *Defendants*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### PLAINTIFF'S REQUEST FOR ENTRY OF JUDGMENT BY DEFAULT

Plaintiff Aaron Poynton ("Plaintiff" or "Mr. Poynton"), by and through his attorneys, Stephen B. Stern, Jonathan P. Kagan, Veronica J. Mina, and Kagan Stern Marinello & Beard, LLC, hereby requests this Honorable Court enter judgment by default against Defendants Bonny Dempsey ("Mrs. Dempsey") and MAD Development, LLC ("MAD Development" or "Company") (collectively, "Defendants") pursuant to Federal Rule of Civil Procedure 55(b)(1) for the reasons set forth in the accompanying Declaration in Support of Plaintiff's Request for Entry of Judgment by Default which is filed by Plaintiff simultaneously hereto and incorporated herein by reference.

Date: April 10, 2023          __/s/ Stephen B. Stern, Esq._____
                              Stephen B. Stern, Esq., D.C. Bar No. 452589
                              stern@kaganstern.com


                              __/s/ Jonathan P. Kagan, Esq._____
                              Jonathan P. Kagan, Esq., *admitted pro hac vice*
                              kagan@kaganstern.com

        __/s/ Veronica J. Mina, Esq._____
Veronica J. Mina, Esq., D.C. Bar No. 90010619
mina@kaganstern.com

KAGAN STERN MARINELLO & BEARD, LLC
238 West Street
Annapolis, MD 21401
Telephone: 410-216-7900
Facsimile: 410-705-0836

*Counsel for Plaintiff,*
*Aaron Poynton*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April 2023, a copy of the foregoing Plaintiff's Request for Entry of Judgment by Default was filed via the CM/ECF filing system and served via first-class, postage prepaid, to the following:

    Bonny Dempsey
    4624 Asbury Place NW
    Washington, DC 20016

    and

    MAD DEVELOPMENT, LLC
    c/o Russell S. Drazin,
    Resident Agent
    4400 Jennifer Street, NW
    Washington, DC 20015

    *Defendants*

        */s/ Stephen B. Stern, Esq.*_____
Stephen B. Stern, Esq., D.C. Bar No. 452589
stern@kaganstern.com

*Counsel for Plaintiff*
*Aaron Poynton*