IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **AARON POYNTON** | * | |
| *Plaintiff*, | * | |
| | | **Case No.: 1:23-cv-448-JDB** |
| v. | * | |
| **BONNY DEMPSEY**, *et al.* | * | |
| *Defendants*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Upon consideration of Plaintiff Aaron Poynton's Request for Entry of Judgment by Default, and having further determined that the requirements of Federal Rule of Civil Procedure 55 have been met, it is this _____ day of _____, 2023, hereby:

**ORDERED**, that Plaintiff Aaron Poynton's Request for Entry of Judgment by Default is **GRANTED**; and it is further

**ORDERED**, that judgment shall be entered in favor of Plaintiff Aaron Poynton and against Defendants Bonny Dempsey and MAD Development, LLC, jointly and severally, in the following amounts:

    a. Principal Amount:    $100,000.00

    b. Interest to Date:    $26,697.71

    c. Attorneys' Fees:    $10,456.61

    d. Post-Judgment Interest:    10% per annum

    e. **TOTAL:**    **$137,154.92 plus interest at 10% per annum**

_____
Judge John D. Bates
United States District Judge