# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **AARON POYNTON** | * | |
| *Plaintiff*, | * | **Case No.: 1:23-cv-448-JDB** |
| **v.** | * | |
| **BONNY DEMPSEY,** *et al*. | * | |
| *Defendants*. | * | |

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

<u>**AFFIDAVIT OF JONATHAN P. KAGAN, ESQ.**</u>

I, Jonathan P. Kagan, Esq., am over the age of 18 and competent to testify to the matters set forth herein, and am not a party to this action.

1.      I am a practicing attorney in good standing in the State of Maryland.  I am also admitted to practice in the United States District Court for the District of Maryland and the United States Court of Appeals for the Fourth Circuit.

2.      I graduated from the University of Maryland Francis King Carey School of Law in May 1993.  I was admitted to the Maryland Bar in December 1993.

3.      Following graduation from law school, I clerked for Judge Robert H. Heller, Jr. in the Circuit Court of Maryland for Anne Arundel County from on or about August 1993 through September 1994.

4.      I am the managing partner of Kagan Stern Marinello & Beard, LLC, in Annapolis, Maryland, and the former managing partner of Kagan Law Group, LLC (Kagan Law Group changed its name to Kagan Stern Marinello & Beard on or about March 1, 2019).

1

5.      I have been practicing law in Maryland for over 29 years in private practice with a focus on civil litigation.

6.      My practice includes litigating complex civil disputes, including those in the employment industry and business/corporate context.  My litigation practice includes matters throughout the courts of Maryland, the United States District Court for the District of Maryland, and the United States Court of Appeals for the Fourth Circuit.  I have also been previously admitted *pro hac vice* in the District of Columbia through this matter with the assistance of co-counsel Stephen B. Stern, Esq. who is admitted to the District of Columbia.

7.      I represent Plaintiff Aaron Poynton ("Plaintiff") in the above-captioned matter as co-counsel.

8.      In connection with my engagement in this matter, Plaintiff has incurred $9,530.00 in attorneys' fees and $926.61 in costs (total $10,456.61) directly related to the litigation in this matter from Kagan Stern Marinello & Beard, LLC, through April 4, 2023.  A true and accurate copy of Plaintiff's redacted billing record as it relates to this matter is attached to this Affidavit as **Exhibit 1-A**.

9.      In connection with these fees, our firm has spent 32.55 total hours through April 4, 2023.  The hours billed included reviewing and drafting the complaint, reviewing motions *pro hac vice* for myself and Veronica J. Mina, Esq., reviewing the request for order of default, reviewing and drafting the request for judgment by default, and general communications with Plaintiff regarding the status of this matter.

10.     My current hourly rate for Plaintiff is $400.00/hour, associates were billed at $300.00/hour, and paralegals at $150.00/hour.  On the invoice, "JPK" represents my time, and "VJM" are entries for Veronica Mina.

11.     I am familiar with the range of fees charged by attorneys for civil litigation in Maryland and the Washington, DC metropolitan area.

12.     Given my years of experience in the practice of law, which has primarily been focused on business, employment, and other civil and contract litigation, my hourly rate is fair and reasonable and commensurate with the hourly rate charged by my peers with similar experience.

13.     Given the relative complexity of this matter, the hours devoted to this litigation are fair and reasonable relative to the experience level of the affiant and all fees and costs were necessary to protect Plaintiff's interest.

**I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.**

    4/10/2023                        /s/ Jonathan P. Kagan
_____             _____
**DATE**                               Jonathan P. Kagan, Esq.