# EXHIBIT 1-A

## *Kagan Stern Marinello & Beard, LLC*
238 West Street
Annapolis, MD 21401 USA

Ph:410.216.7900     Fax:410.705.0836

Aaron Poynton
1408 Stockton Road
Joppa, Maryland
21085

April 5, 2023

File #: 230001
Inv #: Settle

**Attention:**

**RE:**    Bonny and Patrick Dempsey - Loan Default

| DATE | DESCRIPTION | HOURS | AMOUNT | LAWYER |
|---|---|---|---|---|
| Jan-09-23 | ███ | 1.00 | 400.00 | JPK |
| Jan-12-23 | ███ | 1.90 | 760.00 | JPK |
| Jan-21-23 | ███ | 0.25 | 100.00 | JPK |
| Jan-23-23 | ███ | 0.50 | 200.00 | JPK |
| Feb-09-23 | ███ | 0.30 | 90.00 | VJM |
| Feb-10-23 | ███ | 0.60 | 180.00 | VJM |
| Feb-11-23 | ███ | 4.50 | 1,350.00 | VJM |
| Feb-13-23 | ███ | 1.00 | 400.00 | JPK |
|  | ███ | 0.90 | 270.00 | VJM |
|  | ███ | 0.70 | 210.00 | VJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | ██████████ | | | |
| | ████████████████████████ | 0.10 | 30.00 | VJM |
| | ████████████████ | 0.20 | 60.00 | VJM |
| | ████████████████ | 0.60 | 180.00 | VJM |
| Feb-14-23 | ████████████████ | 1.10 | 330.00 | VJM |
| | ████████ | 0.20 | 60.00 | VJM |
| | ██████████████████████ | 0.10 | 30.00 | VJM |
| Feb-15-23 | ████████████████ | 0.10 | 30.00 | VJM |
| | ████████████████ | 0.80 | 240.00 | VJM |
| Feb-16-23 | ██████████████████████████ | 0.70 | 280.00 | JPK |
| | ████████ | 0.10 | 30.00 | VJM |
| | ██████████████████████████ | 0.50 | 150.00 | VJM |
| | ████████████████ | 0.50 | 150.00 | VJM |
| | ██████████████████████████ | 0.30 | 90.00 | VJM |
| Feb-17-23 | ██████████████████████ | 1.00 | 300.00 | VJM |
| Feb-21-23 | ██████████████████████ | 0.10 | 30.00 | VJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| | ███ | 0.20 | 60.00 | VJM |
| | ███ | 0.20 | 60.00 | VJM |
| Feb-23-23 | ███ | 0.20 | 60.00 | VJM |
| | ███ | 0.10 | 30.00 | VJM |
| | ███ | 0.40 | 120.00 | VJM |
| | ███ | 0.10 | 30.00 | VJM |
| | ███ | 0.20 | 60.00 | VJM |
| | ███ | 0.10 | 30.00 | VJM |
| Feb-24-23 | ███ | 0.50 | N/C | VJM |
| Feb-28-23 | ███ | 0.30 | 90.00 | VJM |
| Mar-01-23 | ███ | 0.50 | 150.00 | VJM |
| | ███ | 0.10 | 30.00 | VJM |
| | ███ | 0.40 | 120.00 | VJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-02-23 | ▉ | 0.30 | 90.00 | VJM |
| Mar-06-23 | ▉ | 0.10 | 30.00 | VJM |
| Mar-08-23 | ▉ | 0.10 | 30.00 | VJM |
| | ▉ | 0.20 | 60.00 | VJM |
| Mar-09-23 | ▉ | 0.10 | 30.00 | VJM |
| | ▉ | 0.10 | 30.00 | VJM |
| Mar-13-23 | ▉ | | -900.00 | JPK |
| Mar-14-23 | ▉ | 0.10 | 30.00 | VJM |
| | ▉ | 0.10 | 30.00 | VJM |
| | ▉ | 0.10 | 30.00 | VJM |
| | ▉ | 0.10 | 30.00 | VJM |
| Mar-20-23 | ▉ | 0.10 | 30.00 | VJM |
| Mar-22-23 | ▉ | 0.20 | 80.00 | JPK |
| Mar-23-23 | ▉ | 0.30 | 120.00 | SBS |
| | ▉ | 0.10 | 30.00 | VJM |


Invoice #: Settle    Case 1:23-cv-00448-JDB   Document 18-4   Filed 04/10/23   Page 6 of 9   April 5, 2023
Page 5

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 60.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.40 | 120.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.60 | 180.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
| Mar-24-23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.20 | 60.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
| Mar-27-23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.30 | 120.00 | JPK |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
| Mar-28-23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
| Mar-30-23 | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 0.10 | 30.00 | VJM |
|  | ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ | 2.70 | 810.00 | VJM |

| Date | Description | Hours | Amount | Atty |
|---|---|---|---|---|
| Mar-31-23 | ▮ | 0.10 | 30.00 | VJM |
| Apr-03-23 | ▮ | 1.00 | 400.00 | JPK |
| | ▮ | 0.30 | 90.00 | VJM |
| | ▮ | 0.10 | 30.00 | VJM |
| | ▮ | 0.20 | 60.00 | VJM |
| | ▮ | 0.10 | 30.00 | VJM |
| Apr-04-23 | ▮ | 1.00 | 400.00 | JPK |
| | ▮ | 0.10 | 30.00 | VJM |
| | ▮ | 0.10 | 30.00 | VJM |
| | ▮ | 0.40 | 120.00 | VJM |
| | ▮ | 0.20 | 60.00 | VJM |
| | ▮ | 0.50 | 150.00 | VJM |
| Totals | | 32.55 | $10,430.00 | |

|  |  |
|---|---:|
|  | 900.00 |
| Total Fees After Discount | $9,530.00 |

**DISBURSEMENTS**

| Date | | Amount |
|---|---|---:|
| Feb-06-23 | | 30.00 |
| Feb-14-23 | | 27.50 |
|  | | 5.00 |
| Feb-17-23 | | 100.00 |
|  | | 100.00 |
|  | | 402.00 |
| Feb-23-23 | | 7.00 |
|  | | 7.00 |
| Mar-03-23 | | 40.62 |
| Mar-29-23 | | 200.00 |
| Apr-03-23 | | 7.49 |
| Totals | | $926.61 |

| **Total Fee & Disbursements for all charges on this matter** | **$10,456.61** |
|---|---:|

TAX ID Number    83-3698587



