# EXHIBIT 2

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | DATE | Cumulative Interest | Principle + PIK Interest |   | *Variables* |   |
| 2 | 12/4/2020 | $0.00 | $100,000.00 |   | Loan | $100,000.00 |
| 3 | 12/5/2020 | $27.78 | $100,027.78 |   | Annual Interest Rate | 10% |
| 4 | 12/6/2020 | $55.56 | $100,055.56 |   | Compounding | Daily/360 |
| 5 | 12/7/2020 | $83.36 | $100,083.36 |   |   |   |
| 6 | 12/8/2020 | $111.16 | $100,111.16 |   |   |   |
| 7 | 12/9/2020 | $138.97 | $100,138.97 |   |   |   |
| 8 | 12/10/2020 | $166.78 | $100,166.78 |   |   |   |
| 9 | 12/11/2020 | $194.61 | $100,194.61 |   |   |   |
| 10 | 12/12/2020 | $222.44 | $100,222.44 |   |   |   |
| 11 | 12/13/2020 | $250.28 | $100,250.28 |   |   |   |
| 12 | 12/14/2020 | $278.13 | $100,278.13 |   |   |   |
| 13 | 12/15/2020 | $305.98 | $100,305.98 |   |   |   |
| 14 | 12/16/2020 | $333.84 | $100,333.84 |   |   |   |
| 15 | 12/17/2020 | $361.71 | $100,361.71 |   |   |   |
| 16 | 12/18/2020 | $389.59 | $100,389.59 |   |   |   |
| 17 | 12/19/2020 | $417.48 | $100,417.48 |   |   |   |
| 18 | 12/20/2020 | $445.37 | $100,445.37 |   |   |   |
| 19 | 12/21/2020 | $473.27 | $100,473.27 |   |   |   |
| 20 | 12/22/2020 | $501.18 | $100,501.18 |   |   |   |
| 21 | 12/23/2020 | $529.10 | $100,529.10 |   |   |   |
| 22 | 12/24/2020 | $557.02 | $100,557.02 |   |   |   |
| 23 | 12/25/2020 | $584.96 | $100,584.96 |   |   |   |
| 24 | 12/26/2020 | $612.90 | $100,612.90 |   |   |   |
| 25 | 12/27/2020 | $640.84 | $100,640.84 |   |   |   |
| 26 | 12/28/2020 | $668.80 | $100,668.80 |   |   |   |
| 27 | 12/29/2020 | $696.76 | $100,696.76 |   |   |   |
| 28 | 12/30/2020 | $724.74 | $100,724.74 |   |   |   |
| 29 | 12/31/2020 | $752.71 | $100,752.71 |   |   |   |
| 30 | 1/1/2021 | $780.70 | $100,780.70 |   |   |   |
| 31 | 1/2/2021 | $808.70 | $100,808.70 |   |   |   |
| 32 | 1/3/2021 | $836.70 | $100,836.70 |   |   |   |
| 33 | 1/4/2021 | $864.71 | $100,864.71 |   |   |   |
| 34 | 1/5/2021 | $892.73 | $100,892.73 |   |   |   |
| 35 | 1/6/2021 | $920.75 | $100,920.75 |   |   |   |
| 36 | 1/7/2021 | $948.79 | $100,948.79 |   |   |   |
| 37 | 1/8/2021 | $976.83 | $100,976.83 |   |   |   |
| 38 | 1/9/2021 | $1,004.88 | $101,004.88 |   |   |   |
| 39 | 1/10/2021 | $1,032.93 | $101,032.93 |   |   |   |
| 40 | 1/11/2021 | $1,061.00 | $101,061.00 |   |   |   |
| 41 | 1/12/2021 | $1,089.07 | $101,089.07 |   |   |   |
| 42 | 1/13/2021 | $1,117.15 | $101,117.15 |   |   |   |
| 43 | 1/14/2021 | $1,145.24 | $101,145.24 |   |   |   |
| 44 | 1/15/2021 | $1,173.33 | $101,173.33 |   |   |   |
| 45 | 1/16/2021 | $1,201.44 | $101,201.44 |   |   |   |

|    | A         | B         | C           | D | E | F |
|----|-----------|-----------|-------------|---|---|---|
| 46 | 1/17/2021 | $1,229.55 | $101,229.55 |   |   |   |
| 47 | 1/18/2021 | $1,257.67 | $101,257.67 |   |   |   |
| 48 | 1/19/2021 | $1,285.80 | $101,285.80 |   |   |   |
| 49 | 1/20/2021 | $1,313.93 | $101,313.93 |   |   |   |
| 50 | 1/21/2021 | $1,342.07 | $101,342.07 |   |   |   |
| 51 | 1/22/2021 | $1,370.22 | $101,370.22 |   |   |   |
| 52 | 1/23/2021 | $1,398.38 | $101,398.38 |   |   |   |
| 53 | 1/24/2021 | $1,426.55 | $101,426.55 |   |   |   |
| 54 | 1/25/2021 | $1,454.72 | $101,454.72 |   |   |   |
| 55 | 1/26/2021 | $1,482.91 | $101,482.91 |   |   |   |
| 56 | 1/27/2021 | $1,511.10 | $101,511.10 |   |   |   |
| 57 | 1/28/2021 | $1,539.29 | $101,539.29 |   |   |   |
| 58 | 1/29/2021 | $1,567.50 | $101,567.50 |   |   |   |
| 59 | 1/30/2021 | $1,595.71 | $101,595.71 |   |   |   |
| 60 | 1/31/2021 | $1,623.93 | $101,623.93 |   |   |   |
| 61 | 2/1/2021  | $1,652.16 | $101,652.16 |   |   |   |
| 62 | 2/2/2021  | $1,680.40 | $101,680.40 |   |   |   |
| 63 | 2/3/2021  | $1,708.64 | $101,708.64 |   |   |   |
| 64 | 2/4/2021  | $1,736.89 | $101,736.89 |   |   |   |
| 65 | 2/5/2021  | $1,765.15 | $101,765.15 |   |   |   |
| 66 | 2/6/2021  | $1,793.42 | $101,793.42 |   |   |   |
| 67 | 2/7/2021  | $1,821.70 | $101,821.70 |   |   |   |
| 68 | 2/8/2021  | $1,849.98 | $101,849.98 |   |   |   |
| 69 | 2/9/2021  | $1,878.27 | $101,878.27 |   |   |   |
| 70 | 2/10/2021 | $1,906.57 | $101,906.57 |   |   |   |
| 71 | 2/11/2021 | $1,934.88 | $101,934.88 |   |   |   |
| 72 | 2/12/2021 | $1,963.20 | $101,963.20 |   |   |   |
| 73 | 2/13/2021 | $1,991.52 | $101,991.52 |   |   |   |
| 74 | 2/14/2021 | $2,019.85 | $102,019.85 |   |   |   |
| 75 | 2/15/2021 | $2,048.19 | $102,048.19 |   |   |   |
| 76 | 2/16/2021 | $2,076.54 | $102,076.54 |   |   |   |
| 77 | 2/17/2021 | $2,104.89 | $102,104.89 |   |   |   |
| 78 | 2/18/2021 | $2,133.25 | $102,133.25 |   |   |   |
| 79 | 2/19/2021 | $2,161.62 | $102,161.62 |   |   |   |
| 80 | 2/20/2021 | $2,190.00 | $102,190.00 |   |   |   |
| 81 | 2/21/2021 | $2,218.39 | $102,218.39 |   |   |   |
| 82 | 2/22/2021 | $2,246.78 | $102,246.78 |   |   |   |
| 83 | 2/23/2021 | $2,275.18 | $102,275.18 |   |   |   |
| 84 | 2/24/2021 | $2,303.59 | $102,303.59 |   |   |   |
| 85 | 2/25/2021 | $2,332.01 | $102,332.01 |   |   |   |
| 86 | 2/26/2021 | $2,360.44 | $102,360.44 |   |   |   |
| 87 | 2/27/2021 | $2,388.87 | $102,388.87 |   |   |   |
| 88 | 2/28/2021 | $2,417.31 | $102,417.31 |   |   |   |
| 89 | 3/1/2021  | $2,445.76 | $102,445.76 |   |   |   |
| 90 | 3/2/2021  | $2,474.22 | $102,474.22 |   |   |   |
| 91 | 3/3/2021  | $2,502.68 | $102,502.68 |   |   |   |

|     | A         | B         | C           | D | E | F |
|-----|-----------|-----------|-------------|---|---|---|
| 92  | 3/4/2021  | $2,531.16 | $102,531.16 |   |   |   |
| 93  | 3/5/2021  | $2,559.64 | $102,559.64 |   |   |   |
| 94  | 3/6/2021  | $2,588.13 | $102,588.13 |   |   |   |
| 95  | 3/7/2021  | $2,616.62 | $102,616.62 |   |   |   |
| 96  | 3/8/2021  | $2,645.13 | $102,645.13 |   |   |   |
| 97  | 3/9/2021  | $2,673.64 | $102,673.64 |   |   |   |
| 98  | 3/10/2021 | $2,702.16 | $102,702.16 |   |   |   |
| 99  | 3/11/2021 | $2,730.69 | $102,730.69 |   |   |   |
| 100 | 3/12/2021 | $2,759.22 | $102,759.22 |   |   |   |
| 101 | 3/13/2021 | $2,787.77 | $102,787.77 |   |   |   |
| 102 | 3/14/2021 | $2,816.32 | $102,816.32 |   |   |   |
| 103 | 3/15/2021 | $2,844.88 | $102,844.88 |   |   |   |
| 104 | 3/16/2021 | $2,873.45 | $102,873.45 |   |   |   |
| 105 | 3/17/2021 | $2,902.03 | $102,902.03 |   |   |   |
| 106 | 3/18/2021 | $2,930.61 | $102,930.61 |   |   |   |
| 107 | 3/19/2021 | $2,959.20 | $102,959.20 |   |   |   |
| 108 | 3/20/2021 | $2,987.80 | $102,987.80 |   |   |   |
| 109 | 3/21/2021 | $3,016.41 | $103,016.41 |   |   |   |
| 110 | 3/22/2021 | $3,045.02 | $103,045.02 |   |   |   |
| 111 | 3/23/2021 | $3,073.65 | $103,073.65 |   |   |   |
| 112 | 3/24/2021 | $3,102.28 | $103,102.28 |   |   |   |
| 113 | 3/25/2021 | $3,130.92 | $103,130.92 |   |   |   |
| 114 | 3/26/2021 | $3,159.57 | $103,159.57 |   |   |   |
| 115 | 3/27/2021 | $3,188.22 | $103,188.22 |   |   |   |
| 116 | 3/28/2021 | $3,216.89 | $103,216.89 |   |   |   |
| 117 | 3/29/2021 | $3,245.56 | $103,245.56 |   |   |   |
| 118 | 3/30/2021 | $3,274.24 | $103,274.24 |   |   |   |
| 119 | 3/31/2021 | $3,302.92 | $103,302.92 |   |   |   |
| 120 | 4/1/2021  | $3,331.62 | $103,331.62 |   |   |   |
| 121 | 4/2/2021  | $3,360.32 | $103,360.32 |   |   |   |
| 122 | 4/3/2021  | $3,389.03 | $103,389.03 |   |   |   |
| 123 | 4/4/2021  | $3,417.75 | $103,417.75 |   |   |   |
| 124 | 4/5/2021  | $3,446.48 | $103,446.48 |   |   |   |
| 125 | 4/6/2021  | $3,475.21 | $103,475.21 |   |   |   |
| 126 | 4/7/2021  | $3,503.96 | $103,503.96 |   |   |   |
| 127 | 4/8/2021  | $3,532.71 | $103,532.71 |   |   |   |
| 128 | 4/9/2021  | $3,561.47 | $103,561.47 |   |   |   |
| 129 | 4/10/2021 | $3,590.23 | $103,590.23 |   |   |   |
| 130 | 4/11/2021 | $3,619.01 | $103,619.01 |   |   |   |
| 131 | 4/12/2021 | $3,647.79 | $103,647.79 |   |   |   |
| 132 | 4/13/2021 | $3,676.58 | $103,676.58 |   |   |   |
| 133 | 4/14/2021 | $3,705.38 | $103,705.38 |   |   |   |
| 134 | 4/15/2021 | $3,734.19 | $103,734.19 |   |   |   |
| 135 | 4/16/2021 | $3,763.00 | $103,763.00 |   |   |   |
| 136 | 4/17/2021 | $3,791.83 | $103,791.83 |   |   |   |
| 137 | 4/18/2021 | $3,820.66 | $103,820.66 |   |   |   |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 138 | 4/19/2021 | $3,849.50 | $103,849.50 | | | |
| 139 | 4/20/2021 | $3,878.35 | $103,878.35 | | | |
| 140 | 4/21/2021 | $3,907.20 | $103,907.20 | | | |
| 141 | 4/22/2021 | $3,936.06 | $103,936.06 | | | |
| 142 | 4/23/2021 | $3,964.93 | $103,964.93 | | | |
| 143 | 4/24/2021 | $3,993.81 | $103,993.81 | | | |
| 144 | 4/25/2021 | $4,022.70 | $104,022.70 | | | |
| 145 | 4/26/2021 | $4,051.60 | $104,051.60 | | | |
| 146 | 4/27/2021 | $4,080.50 | $104,080.50 | | | |
| 147 | 4/28/2021 | $4,109.41 | $104,109.41 | | | |
| 148 | 4/29/2021 | $4,138.33 | $104,138.33 | | | |
| 149 | 4/30/2021 | $4,167.26 | $104,167.26 | | | |
| 150 | 5/1/2021 | $4,196.19 | $104,196.19 | | | |
| 151 | 5/2/2021 | $4,225.14 | $104,225.14 | | | |
| 152 | 5/3/2021 | $4,254.09 | $104,254.09 | | | |
| 153 | 5/4/2021 | $4,283.05 | $104,283.05 | | | |
| 154 | 5/5/2021 | $4,312.01 | $104,312.01 | | | |
| 155 | 5/6/2021 | $4,340.99 | $104,340.99 | | | |
| 156 | 5/7/2021 | $4,369.97 | $104,369.97 | | | |
| 157 | 5/8/2021 | $4,398.97 | $104,398.97 | | | |
| 158 | 5/9/2021 | $4,427.96 | $104,427.96 | | | |
| 159 | 5/10/2021 | $4,456.97 | $104,456.97 | | | |
| 160 | 5/11/2021 | $4,485.99 | $104,485.99 | | | |
| 161 | 5/12/2021 | $4,515.01 | $104,515.01 | | | |
| 162 | 5/13/2021 | $4,544.04 | $104,544.04 | | | |
| 163 | 5/14/2021 | $4,573.08 | $104,573.08 | | | |
| 164 | 5/15/2021 | $4,602.13 | $104,602.13 | | | |
| 165 | 5/16/2021 | $4,631.19 | $104,631.19 | | | |
| 166 | 5/17/2021 | $4,660.25 | $104,660.25 | | | |
| 167 | 5/18/2021 | $4,689.33 | $104,689.33 | | | |
| 168 | 5/19/2021 | $4,718.41 | $104,718.41 | | | |
| 169 | 5/20/2021 | $4,747.49 | $104,747.49 | | | |
| 170 | 5/21/2021 | $4,776.59 | $104,776.59 | | | |
| 171 | 5/22/2021 | $4,805.69 | $104,805.69 | | | |
| 172 | 5/23/2021 | $4,834.81 | $104,834.81 | | | |
| 173 | 5/24/2021 | $4,863.93 | $104,863.93 | | | |
| 174 | 5/25/2021 | $4,893.06 | $104,893.06 | | | |
| 175 | 5/26/2021 | $4,922.19 | $104,922.19 | | | |
| 176 | 5/27/2021 | $4,951.34 | $104,951.34 | | | |
| 177 | 5/28/2021 | $4,980.49 | $104,980.49 | | | |
| 178 | 5/29/2021 | $5,009.65 | $105,009.65 | | | |
| 179 | 5/30/2021 | $5,038.82 | $105,038.82 | | | |
| 180 | 5/31/2021 | $5,068.00 | $105,068.00 | | | |
| 181 | 6/1/2021 | $5,097.19 | $105,097.19 | | | |
| 182 | 6/2/2021 | $5,126.38 | $105,126.38 | | | |
| 183 | 6/3/2021 | $5,155.58 | $105,155.58 | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 184 | 6/4/2021 | $5,184.79 | $105,184.79 | | | |
| 185 | 6/5/2021 | $5,214.01 | $105,214.01 | | | |
| 186 | 6/6/2021 | $5,243.24 | $105,243.24 | | | |
| 187 | 6/7/2021 | $5,272.47 | $105,272.47 | | | |
| 188 | 6/8/2021 | $5,301.71 | $105,301.71 | | | |
| 189 | 6/9/2021 | $5,330.96 | $105,330.96 | | | |
| 190 | 6/10/2021 | $5,360.22 | $105,360.22 | | | |
| 191 | 6/11/2021 | $5,389.49 | $105,389.49 | | | |
| 192 | 6/12/2021 | $5,418.76 | $105,418.76 | | | |
| 193 | 6/13/2021 | $5,448.05 | $105,448.05 | | | |
| 194 | 6/14/2021 | $5,477.34 | $105,477.34 | | | |
| 195 | 6/15/2021 | $5,506.64 | $105,506.64 | | | |
| 196 | 6/16/2021 | $5,535.94 | $105,535.94 | | | |
| 197 | 6/17/2021 | $5,565.26 | $105,565.26 | | | |
| 198 | 6/18/2021 | $5,594.58 | $105,594.58 | | | |
| 199 | 6/19/2021 | $5,623.91 | $105,623.91 | | | |
| 200 | 6/20/2021 | $5,653.25 | $105,653.25 | | | |
| 201 | 6/21/2021 | $5,682.60 | $105,682.60 | | | |
| 202 | 6/22/2021 | $5,711.96 | $105,711.96 | | | |
| 203 | 6/23/2021 | $5,741.32 | $105,741.32 | | | |
| 204 | 6/24/2021 | $5,770.70 | $105,770.70 | | | |
| 205 | 6/25/2021 | $5,800.08 | $105,800.08 | | | |
| 206 | 6/26/2021 | $5,829.47 | $105,829.47 | | | |
| 207 | 6/27/2021 | $5,858.86 | $105,858.86 | | | |
| 208 | 6/28/2021 | $5,888.27 | $105,888.27 | | | |
| 209 | 6/29/2021 | $5,917.68 | $105,917.68 | | | |
| 210 | 6/30/2021 | $5,947.10 | $105,947.10 | | | |
| 211 | 7/1/2021 | $5,976.53 | $105,976.53 | | | |
| 212 | 7/2/2021 | $6,005.97 | $106,005.97 | | | |
| 213 | 7/3/2021 | $6,035.42 | $106,035.42 | | | |
| 214 | 7/4/2021 | $6,064.87 | $106,064.87 | | | |
| 215 | 7/5/2021 | $6,094.33 | $106,094.33 | | | |
| 216 | 7/6/2021 | $6,123.80 | $106,123.80 | | | |
| 217 | 7/7/2021 | $6,153.28 | $106,153.28 | | | |
| 218 | 7/8/2021 | $6,182.77 | $106,182.77 | | | |
| 219 | 7/9/2021 | $6,212.27 | $106,212.27 | | | |
| 220 | 7/10/2021 | $6,241.77 | $106,241.77 | | | |
| 221 | 7/11/2021 | $6,271.28 | $106,271.28 | | | |
| 222 | 7/12/2021 | $6,300.80 | $106,300.80 | | | |
| 223 | 7/13/2021 | $6,330.33 | $106,330.33 | | | |
| 224 | 7/14/2021 | $6,359.86 | $106,359.86 | | | |
| 225 | 7/15/2021 | $6,389.41 | $106,389.41 | | | |
| 226 | 7/16/2021 | $6,418.96 | $106,418.96 | | | |
| 227 | 7/17/2021 | $6,448.52 | $106,448.52 | | | |
| 228 | 7/18/2021 | $6,478.09 | $106,478.09 | | | |
| 229 | 7/19/2021 | $6,507.67 | $106,507.67 | | | |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 230 | 7/20/2021 | $6,537.25 | $106,537.25 | | | |
| 231 | 7/21/2021 | $6,566.85 | $106,566.85 | | | |
| 232 | 7/22/2021 | $6,596.45 | $106,596.45 | | | |
| 233 | 7/23/2021 | $6,626.06 | $106,626.06 | | | |
| 234 | 7/24/2021 | $6,655.68 | $106,655.68 | | | |
| 235 | 7/25/2021 | $6,685.30 | $106,685.30 | | | |
| 236 | 7/26/2021 | $6,714.94 | $106,714.94 | | | |
| 237 | 7/27/2021 | $6,744.58 | $106,744.58 | | | |
| 238 | 7/28/2021 | $6,774.23 | $106,774.23 | | | |
| 239 | 7/29/2021 | $6,803.89 | $106,803.89 | | | |
| 240 | 7/30/2021 | $6,833.56 | $106,833.56 | | | |
| 241 | 7/31/2021 | $6,863.24 | $106,863.24 | | | |
| 242 | 8/1/2021 | $6,892.92 | $106,892.92 | | | |
| 243 | 8/2/2021 | $6,922.61 | $106,922.61 | | | |
| 244 | 8/3/2021 | $6,952.31 | $106,952.31 | | | |
| 245 | 8/4/2021 | $6,982.02 | $106,982.02 | | | |
| 246 | 8/5/2021 | $7,011.74 | $107,011.74 | | | |
| 247 | 8/6/2021 | $7,041.47 | $107,041.47 | | | |
| 248 | 8/7/2021 | $7,071.20 | $107,071.20 | | | |
| 249 | 8/8/2021 | $7,100.94 | $107,100.94 | | | |
| 250 | 8/9/2021 | $7,130.69 | $107,130.69 | | | |
| 251 | 8/10/2021 | $7,160.45 | $107,160.45 | | | |
| 252 | 8/11/2021 | $7,190.22 | $107,190.22 | | | |
| 253 | 8/12/2021 | $7,219.99 | $107,219.99 | | | |
| 254 | 8/13/2021 | $7,249.78 | $107,249.78 | | | |
| 255 | 8/14/2021 | $7,279.57 | $107,279.57 | | | |
| 256 | 8/15/2021 | $7,309.37 | $107,309.37 | | | |
| 257 | 8/16/2021 | $7,339.18 | $107,339.18 | | | |
| 258 | 8/17/2021 | $7,368.99 | $107,368.99 | | | |
| 259 | 8/18/2021 | $7,398.82 | $107,398.82 | | | |
| 260 | 8/19/2021 | $7,428.65 | $107,428.65 | | | |
| 261 | 8/20/2021 | $7,458.49 | $107,458.49 | | | |
| 262 | 8/21/2021 | $7,488.34 | $107,488.34 | | | |
| 263 | 8/22/2021 | $7,518.20 | $107,518.20 | | | |
| 264 | 8/23/2021 | $7,548.06 | $107,548.06 | | | |
| 265 | 8/24/2021 | $7,577.94 | $107,577.94 | | | |
| 266 | 8/25/2021 | $7,607.82 | $107,607.82 | | | |
| 267 | 8/26/2021 | $7,637.71 | $107,637.71 | | | |
| 268 | 8/27/2021 | $7,667.61 | $107,667.61 | | | |
| 269 | 8/28/2021 | $7,697.52 | $107,697.52 | | | |
| 270 | 8/29/2021 | $7,727.44 | $107,727.44 | | | |
| 271 | 8/30/2021 | $7,757.36 | $107,757.36 | | | |
| 272 | 8/31/2021 | $7,787.29 | $107,787.29 | | | |
| 273 | 9/1/2021 | $7,817.23 | $107,817.23 | | | |
| 274 | 9/2/2021 | $7,847.18 | $107,847.18 | | | |
| 275 | 9/3/2021 | $7,877.14 | $107,877.14 | | | |

|     | A          | B         | C           | D | E | F |
|-----|------------|-----------|-------------|---|---|---|
| 276 | 9/4/2021   | $7,907.11 | $107,907.11 |   |   |   |
| 277 | 9/5/2021   | $7,937.08 | $107,937.08 |   |   |   |
| 278 | 9/6/2021   | $7,967.06 | $107,967.06 |   |   |   |
| 279 | 9/7/2021   | $7,997.05 | $107,997.05 |   |   |   |
| 280 | 9/8/2021   | $8,027.05 | $108,027.05 |   |   |   |
| 281 | 9/9/2021   | $8,057.06 | $108,057.06 |   |   |   |
| 282 | 9/10/2021  | $8,087.08 | $108,087.08 |   |   |   |
| 283 | 9/11/2021  | $8,117.10 | $108,117.10 |   |   |   |
| 284 | 9/12/2021  | $8,147.13 | $108,147.13 |   |   |   |
| 285 | 9/13/2021  | $8,177.17 | $108,177.17 |   |   |   |
| 286 | 9/14/2021  | $8,207.22 | $108,207.22 |   |   |   |
| 287 | 9/15/2021  | $8,237.28 | $108,237.28 |   |   |   |
| 288 | 9/16/2021  | $8,267.35 | $108,267.35 |   |   |   |
| 289 | 9/17/2021  | $8,297.42 | $108,297.42 |   |   |   |
| 290 | 9/18/2021  | $8,327.50 | $108,327.50 |   |   |   |
| 291 | 9/19/2021  | $8,357.59 | $108,357.59 |   |   |   |
| 292 | 9/20/2021  | $8,387.69 | $108,387.69 |   |   |   |
| 293 | 9/21/2021  | $8,417.80 | $108,417.80 |   |   |   |
| 294 | 9/22/2021  | $8,447.92 | $108,447.92 |   |   |   |
| 295 | 9/23/2021  | $8,478.04 | $108,478.04 |   |   |   |
| 296 | 9/24/2021  | $8,508.17 | $108,508.17 |   |   |   |
| 297 | 9/25/2021  | $8,538.32 | $108,538.32 |   |   |   |
| 298 | 9/26/2021  | $8,568.47 | $108,568.47 |   |   |   |
| 299 | 9/27/2021  | $8,598.62 | $108,598.62 |   |   |   |
| 300 | 9/28/2021  | $8,628.79 | $108,628.79 |   |   |   |
| 301 | 9/29/2021  | $8,658.96 | $108,658.96 |   |   |   |
| 302 | 9/30/2021  | $8,689.15 | $108,689.15 |   |   |   |
| 303 | 10/1/2021  | $8,719.34 | $108,719.34 |   |   |   |
| 304 | 10/2/2021  | $8,749.54 | $108,749.54 |   |   |   |
| 305 | 10/3/2021  | $8,779.75 | $108,779.75 |   |   |   |
| 306 | 10/4/2021  | $8,809.96 | $108,809.96 |   |   |   |
| 307 | 10/5/2021  | $8,840.19 | $108,840.19 |   |   |   |
| 308 | 10/6/2021  | $8,870.42 | $108,870.42 |   |   |   |
| 309 | 10/7/2021  | $8,900.66 | $108,900.66 |   |   |   |
| 310 | 10/8/2021  | $8,930.91 | $108,930.91 |   |   |   |
| 311 | 10/9/2021  | $8,961.17 | $108,961.17 |   |   |   |
| 312 | 10/10/2021 | $8,991.44 | $108,991.44 |   |   |   |
| 313 | 10/11/2021 | $9,021.71 | $109,021.71 |   |   |   |
| 314 | 10/12/2021 | $9,052.00 | $109,052.00 |   |   |   |
| 315 | 10/13/2021 | $9,082.29 | $109,082.29 |   |   |   |
| 316 | 10/14/2021 | $9,112.59 | $109,112.59 |   |   |   |
| 317 | 10/15/2021 | $9,142.90 | $109,142.90 |   |   |   |
| 318 | 10/16/2021 | $9,173.22 | $109,173.22 |   |   |   |
| 319 | 10/17/2021 | $9,203.54 | $109,203.54 |   |   |   |
| 320 | 10/18/2021 | $9,233.88 | $109,233.88 |   |   |   |
| 321 | 10/19/2021 | $9,264.22 | $109,264.22 |   |   |   |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 322 | 10/20/2021 | $9,294.57 | $109,294.57 | | | |
| 323 | 10/21/2021 | $9,324.93 | $109,324.93 | | | |
| 324 | 10/22/2021 | $9,355.30 | $109,355.30 | | | |
| 325 | 10/23/2021 | $9,385.68 | $109,385.68 | | | |
| 326 | 10/24/2021 | $9,416.06 | $109,416.06 | | | |
| 327 | 10/25/2021 | $9,446.45 | $109,446.45 | | | |
| 328 | 10/26/2021 | $9,476.86 | $109,476.86 | | | |
| 329 | 10/27/2021 | $9,507.27 | $109,507.27 | | | |
| 330 | 10/28/2021 | $9,537.68 | $109,537.68 | | | |
| 331 | 10/29/2021 | $9,568.11 | $109,568.11 | | | |
| 332 | 10/30/2021 | $9,598.55 | $109,598.55 | | | |
| 333 | 10/31/2021 | $9,628.99 | $109,628.99 | | | |
| 334 | 11/1/2021 | $9,659.44 | $109,659.44 | | | |
| 335 | 11/2/2021 | $9,689.91 | $109,689.91 | | | |
| 336 | 11/3/2021 | $9,720.37 | $109,720.37 | | | |
| 337 | 11/4/2021 | $9,750.85 | $109,750.85 | | | |
| 338 | 11/5/2021 | $9,781.34 | $109,781.34 | | | |
| 339 | 11/6/2021 | $9,811.83 | $109,811.83 | | | |
| 340 | 11/7/2021 | $9,842.34 | $109,842.34 | | | |
| 341 | 11/8/2021 | $9,872.85 | $109,872.85 | | | |
| 342 | 11/9/2021 | $9,903.37 | $109,903.37 | | | |
| 343 | 11/10/2021 | $9,933.90 | $109,933.90 | | | |
| 344 | 11/11/2021 | $9,964.43 | $109,964.43 | | | |
| 345 | 11/12/2021 | $9,994.98 | $109,994.98 | | | |
| 346 | 11/13/2021 | $10,025.53 | $110,025.53 | | | |
| 347 | 11/14/2021 | $10,056.10 | $110,056.10 | | | |
| 348 | 11/15/2021 | $10,086.67 | $110,086.67 | | | |
| 349 | 11/16/2021 | $10,117.25 | $110,117.25 | | | |
| 350 | 11/17/2021 | $10,147.84 | $110,147.84 | | | |
| 351 | 11/18/2021 | $10,178.43 | $110,178.43 | | | |
| 352 | 11/19/2021 | $10,209.04 | $110,209.04 | | | |
| 353 | 11/20/2021 | $10,239.65 | $110,239.65 | | | |
| 354 | 11/21/2021 | $10,270.27 | $110,270.27 | | | |
| 355 | 11/22/2021 | $10,300.90 | $110,300.90 | | | |
| 356 | 11/23/2021 | $10,331.54 | $110,331.54 | | | |
| 357 | 11/24/2021 | $10,362.19 | $110,362.19 | | | |
| 358 | 11/25/2021 | $10,392.85 | $110,392.85 | | | |
| 359 | 11/26/2021 | $10,423.51 | $110,423.51 | | | |
| 360 | 11/27/2021 | $10,454.19 | $110,454.19 | | | |
| 361 | 11/28/2021 | $10,484.87 | $110,484.87 | | | |
| 362 | 11/29/2021 | $10,515.56 | $110,515.56 | | | |
| 363 | 11/30/2021 | $10,546.26 | $110,546.26 | | | |
| 364 | 12/1/2021 | $10,576.96 | $110,576.96 | | | |
| 365 | 12/2/2021 | $10,607.68 | $110,607.68 | | | |
| 366 | 12/3/2021 | $10,638.40 | $110,638.40 | | | |
| 367 | 12/4/2021 | $10,669.14 | $110,669.14 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 368 | 12/5/2021 | $10,699.88 | $110,699.88 | | | |
| 369 | 12/6/2021 | $10,730.63 | $110,730.63 | | | |
| 370 | 12/7/2021 | $10,761.39 | $110,761.39 | | | |
| 371 | 12/8/2021 | $10,792.15 | $110,792.15 | | | |
| 372 | 12/9/2021 | $10,822.93 | $110,822.93 | | | |
| 373 | 12/10/2021 | $10,853.71 | $110,853.71 | | | |
| 374 | 12/11/2021 | $10,884.51 | $110,884.51 | | | |
| 375 | 12/12/2021 | $10,915.31 | $110,915.31 | | | |
| 376 | 12/13/2021 | $10,946.12 | $110,946.12 | | | |
| 377 | 12/14/2021 | $10,976.94 | $110,976.94 | | | |
| 378 | 12/15/2021 | $11,007.76 | $111,007.76 | | | |
| 379 | 12/16/2021 | $11,038.60 | $111,038.60 | | | |
| 380 | 12/17/2021 | $11,069.44 | $111,069.44 | | | |
| 381 | 12/18/2021 | $11,100.29 | $111,100.29 | | | |
| 382 | 12/19/2021 | $11,131.16 | $111,131.16 | | | |
| 383 | 12/20/2021 | $11,162.03 | $111,162.03 | | | |
| 384 | 12/21/2021 | $11,192.90 | $111,192.90 | | | |
| 385 | 12/22/2021 | $11,223.79 | $111,223.79 | | | |
| 386 | 12/23/2021 | $11,254.69 | $111,254.69 | | | |
| 387 | 12/24/2021 | $11,285.59 | $111,285.59 | | | |
| 388 | 12/25/2021 | $11,316.50 | $111,316.50 | | | |
| 389 | 12/26/2021 | $11,347.42 | $111,347.42 | | | |
| 390 | 12/27/2021 | $11,378.35 | $111,378.35 | | | |
| 391 | 12/28/2021 | $11,409.29 | $111,409.29 | | | |
| 392 | 12/29/2021 | $11,440.24 | $111,440.24 | | | |
| 393 | 12/30/2021 | $11,471.19 | $111,471.19 | | | |
| 394 | 12/31/2021 | $11,502.16 | $111,502.16 | | | |
| 395 | 1/1/2022 | $11,533.13 | $111,533.13 | | | |
| 396 | 1/2/2022 | $11,564.11 | $111,564.11 | | | |
| 397 | 1/3/2022 | $11,595.10 | $111,595.10 | | | |
| 398 | 1/4/2022 | $11,626.10 | $111,626.10 | | | |
| 399 | 1/5/2022 | $11,657.11 | $111,657.11 | | | |
| 400 | 1/6/2022 | $11,688.13 | $111,688.13 | | | |
| 401 | 1/7/2022 | $11,719.15 | $111,719.15 | | | |
| 402 | 1/8/2022 | $11,750.18 | $111,750.18 | | | |
| 403 | 1/9/2022 | $11,781.22 | $111,781.22 | | | |
| 404 | 1/10/2022 | $11,812.27 | $111,812.27 | | | |
| 405 | 1/11/2022 | $11,843.33 | $111,843.33 | | | |
| 406 | 1/12/2022 | $11,874.40 | $111,874.40 | | | |
| 407 | 1/13/2022 | $11,905.48 | $111,905.48 | | | |
| 408 | 1/14/2022 | $11,936.56 | $111,936.56 | | | |
| 409 | 1/15/2022 | $11,967.66 | $111,967.66 | | | |
| 410 | 1/16/2022 | $11,998.76 | $111,998.76 | | | |
| 411 | 1/17/2022 | $12,029.87 | $112,029.87 | | | |
| 412 | 1/18/2022 | $12,060.99 | $112,060.99 | | | |
| 413 | 1/19/2022 | $12,092.12 | $112,092.12 | | | |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 414 | 1/20/2022 | $12,123.25 | $112,123.25 | | | |
| 415 | 1/21/2022 | $12,154.40 | $112,154.40 | | | |
| 416 | 1/22/2022 | $12,185.55 | $112,185.55 | | | |
| 417 | 1/23/2022 | $12,216.71 | $112,216.71 | | | |
| 418 | 1/24/2022 | $12,247.89 | $112,247.89 | | | |
| 419 | 1/25/2022 | $12,279.07 | $112,279.07 | | | |
| 420 | 1/26/2022 | $12,310.25 | $112,310.25 | | | |
| 421 | 1/27/2022 | $12,341.45 | $112,341.45 | | | |
| 422 | 1/28/2022 | $12,372.66 | $112,372.66 | | | |
| 423 | 1/29/2022 | $12,403.87 | $112,403.87 | | | |
| 424 | 1/30/2022 | $12,435.10 | $112,435.10 | | | |
| 425 | 1/31/2022 | $12,466.33 | $112,466.33 | | | |
| 426 | 2/1/2022 | $12,497.57 | $112,497.57 | | | |
| 427 | 2/2/2022 | $12,528.82 | $112,528.82 | | | |
| 428 | 2/3/2022 | $12,560.08 | $112,560.08 | | | |
| 429 | 2/4/2022 | $12,591.34 | $112,591.34 | | | |
| 430 | 2/5/2022 | $12,622.62 | $112,622.62 | | | |
| 431 | 2/6/2022 | $12,653.90 | $112,653.90 | | | |
| 432 | 2/7/2022 | $12,685.19 | $112,685.19 | | | |
| 433 | 2/8/2022 | $12,716.50 | $112,716.50 | | | |
| 434 | 2/9/2022 | $12,747.81 | $112,747.81 | | | |
| 435 | 2/10/2022 | $12,779.13 | $112,779.13 | | | |
| 436 | 2/11/2022 | $12,810.45 | $112,810.45 | | | |
| 437 | 2/12/2022 | $12,841.79 | $112,841.79 | | | |
| 438 | 2/13/2022 | $12,873.13 | $112,873.13 | | | |
| 439 | 2/14/2022 | $12,904.49 | $112,904.49 | | | |
| 440 | 2/15/2022 | $12,935.85 | $112,935.85 | | | |
| 441 | 2/16/2022 | $12,967.22 | $112,967.22 | | | |
| 442 | 2/17/2022 | $12,998.60 | $112,998.60 | | | |
| 443 | 2/18/2022 | $13,029.99 | $113,029.99 | | | |
| 444 | 2/19/2022 | $13,061.39 | $113,061.39 | | | |
| 445 | 2/20/2022 | $13,092.79 | $113,092.79 | | | |
| 446 | 2/21/2022 | $13,124.21 | $113,124.21 | | | |
| 447 | 2/22/2022 | $13,155.63 | $113,155.63 | | | |
| 448 | 2/23/2022 | $13,187.06 | $113,187.06 | | | |
| 449 | 2/24/2022 | $13,218.50 | $113,218.50 | | | |
| 450 | 2/25/2022 | $13,249.95 | $113,249.95 | | | |
| 451 | 2/26/2022 | $13,281.41 | $113,281.41 | | | |
| 452 | 2/27/2022 | $13,312.88 | $113,312.88 | | | |
| 453 | 2/28/2022 | $13,344.35 | $113,344.35 | | | |
| 454 | 3/1/2022 | $13,375.84 | $113,375.84 | | | |
| 455 | 3/2/2022 | $13,407.33 | $113,407.33 | | | |
| 456 | 3/3/2022 | $13,438.83 | $113,438.83 | | | |
| 457 | 3/4/2022 | $13,470.34 | $113,470.34 | | | |
| 458 | 3/5/2022 | $13,501.86 | $113,501.86 | | | |
| 459 | 3/6/2022 | $13,533.39 | $113,533.39 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 460 | 3/7/2022 | $13,564.93 | $113,564.93 | | | |
| 461 | 3/8/2022 | $13,596.48 | $113,596.48 | | | |
| 462 | 3/9/2022 | $13,628.03 | $113,628.03 | | | |
| 463 | 3/10/2022 | $13,659.59 | $113,659.59 | | | |
| 464 | 3/11/2022 | $13,691.17 | $113,691.17 | | | |
| 465 | 3/12/2022 | $13,722.75 | $113,722.75 | | | |
| 466 | 3/13/2022 | $13,754.34 | $113,754.34 | | | |
| 467 | 3/14/2022 | $13,785.93 | $113,785.93 | | | |
| 468 | 3/15/2022 | $13,817.54 | $113,817.54 | | | |
| 469 | 3/16/2022 | $13,849.16 | $113,849.16 | | | |
| 470 | 3/17/2022 | $13,880.78 | $113,880.78 | | | |
| 471 | 3/18/2022 | $13,912.42 | $113,912.42 | | | |
| 472 | 3/19/2022 | $13,944.06 | $113,944.06 | | | |
| 473 | 3/20/2022 | $13,975.71 | $113,975.71 | | | |
| 474 | 3/21/2022 | $14,007.37 | $114,007.37 | | | |
| 475 | 3/22/2022 | $14,039.04 | $114,039.04 | | | |
| 476 | 3/23/2022 | $14,070.72 | $114,070.72 | | | |
| 477 | 3/24/2022 | $14,102.40 | $114,102.40 | | | |
| 478 | 3/25/2022 | $14,134.10 | $114,134.10 | | | |
| 479 | 3/26/2022 | $14,165.80 | $114,165.80 | | | |
| 480 | 3/27/2022 | $14,197.51 | $114,197.51 | | | |
| 481 | 3/28/2022 | $14,229.24 | $114,229.24 | | | |
| 482 | 3/29/2022 | $14,260.97 | $114,260.97 | | | |
| 483 | 3/30/2022 | $14,292.70 | $114,292.70 | | | |
| 484 | 3/31/2022 | $14,324.45 | $114,324.45 | | | |
| 485 | 4/1/2022 | $14,356.21 | $114,356.21 | | | |
| 486 | 4/2/2022 | $14,387.98 | $114,387.98 | | | |
| 487 | 4/3/2022 | $14,419.75 | $114,419.75 | | | |
| 488 | 4/4/2022 | $14,451.53 | $114,451.53 | | | |
| 489 | 4/5/2022 | $14,483.32 | $114,483.32 | | | |
| 490 | 4/6/2022 | $14,515.13 | $114,515.13 | | | |
| 491 | 4/7/2022 | $14,546.94 | $114,546.94 | | | |
| 492 | 4/8/2022 | $14,578.75 | $114,578.75 | | | |
| 493 | 4/9/2022 | $14,610.58 | $114,610.58 | | | |
| 494 | 4/10/2022 | $14,642.42 | $114,642.42 | | | |
| 495 | 4/11/2022 | $14,674.26 | $114,674.26 | | | |
| 496 | 4/12/2022 | $14,706.12 | $114,706.12 | | | |
| 497 | 4/13/2022 | $14,737.98 | $114,737.98 | | | |
| 498 | 4/14/2022 | $14,769.85 | $114,769.85 | | | |
| 499 | 4/15/2022 | $14,801.73 | $114,801.73 | | | |
| 500 | 4/16/2022 | $14,833.62 | $114,833.62 | | | |
| 501 | 4/17/2022 | $14,865.52 | $114,865.52 | | | |
| 502 | 4/18/2022 | $14,897.43 | $114,897.43 | | | |
| 503 | 4/19/2022 | $14,929.34 | $114,929.34 | | | |
| 504 | 4/20/2022 | $14,961.27 | $114,961.27 | | | |
| 505 | 4/21/2022 | $14,993.20 | $114,993.20 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 506 | 4/22/2022 | $15,025.14 | $115,025.14 | | | |
| 507 | 4/23/2022 | $15,057.10 | $115,057.10 | | | |
| 508 | 4/24/2022 | $15,089.06 | $115,089.06 | | | |
| 509 | 4/25/2022 | $15,121.02 | $115,121.02 | | | |
| 510 | 4/26/2022 | $15,153.00 | $115,153.00 | | | |
| 511 | 4/27/2022 | $15,184.99 | $115,184.99 | | | |
| 512 | 4/28/2022 | $15,216.99 | $115,216.99 | | | |
| 513 | 4/29/2022 | $15,248.99 | $115,248.99 | | | |
| 514 | 4/30/2022 | $15,281.00 | $115,281.00 | | | |
| 515 | 5/1/2022 | $15,313.03 | $115,313.03 | | | |
| 516 | 5/2/2022 | $15,345.06 | $115,345.06 | | | |
| 517 | 5/3/2022 | $15,377.10 | $115,377.10 | | | |
| 518 | 5/4/2022 | $15,409.15 | $115,409.15 | | | |
| 519 | 5/5/2022 | $15,441.21 | $115,441.21 | | | |
| 520 | 5/6/2022 | $15,473.27 | $115,473.27 | | | |
| 521 | 5/7/2022 | $15,505.35 | $115,505.35 | | | |
| 522 | 5/8/2022 | $15,537.43 | $115,537.43 | | | |
| 523 | 5/9/2022 | $15,569.53 | $115,569.53 | | | |
| 524 | 5/10/2022 | $15,601.63 | $115,601.63 | | | |
| 525 | 5/11/2022 | $15,633.74 | $115,633.74 | | | |
| 526 | 5/12/2022 | $15,665.86 | $115,665.86 | | | |
| 527 | 5/13/2022 | $15,697.99 | $115,697.99 | | | |
| 528 | 5/14/2022 | $15,730.13 | $115,730.13 | | | |
| 529 | 5/15/2022 | $15,762.28 | $115,762.28 | | | |
| 530 | 5/16/2022 | $15,794.43 | $115,794.43 | | | |
| 531 | 5/17/2022 | $15,826.60 | $115,826.60 | | | |
| 532 | 5/18/2022 | $15,858.77 | $115,858.77 | | | |
| 533 | 5/19/2022 | $15,890.95 | $115,890.95 | | | |
| 534 | 5/20/2022 | $15,923.15 | $115,923.15 | | | |
| 535 | 5/21/2022 | $15,955.35 | $115,955.35 | | | |
| 536 | 5/22/2022 | $15,987.56 | $115,987.56 | | | |
| 537 | 5/23/2022 | $16,019.78 | $116,019.78 | | | |
| 538 | 5/24/2022 | $16,052.00 | $116,052.00 | | | |
| 539 | 5/25/2022 | $16,084.24 | $116,084.24 | | | |
| 540 | 5/26/2022 | $16,116.49 | $116,116.49 | | | |
| 541 | 5/27/2022 | $16,148.74 | $116,148.74 | | | |
| 542 | 5/28/2022 | $16,181.00 | $116,181.00 | | | |
| 543 | 5/29/2022 | $16,213.28 | $116,213.28 | | | |
| 544 | 5/30/2022 | $16,245.56 | $116,245.56 | | | |
| 545 | 5/31/2022 | $16,277.85 | $116,277.85 | | | |
| 546 | 6/1/2022 | $16,310.15 | $116,310.15 | | | |
| 547 | 6/2/2022 | $16,342.46 | $116,342.46 | | | |
| 548 | 6/3/2022 | $16,374.77 | $116,374.77 | | | |
| 549 | 6/4/2022 | $16,407.10 | $116,407.10 | | | |
| 550 | 6/5/2022 | $16,439.44 | $116,439.44 | | | |
| 551 | 6/6/2022 | $16,471.78 | $116,471.78 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 552 | 6/7/2022 | $16,504.13 | $116,504.13 | | | |
| 553 | 6/8/2022 | $16,536.50 | $116,536.50 | | | |
| 554 | 6/9/2022 | $16,568.87 | $116,568.87 | | | |
| 555 | 6/10/2022 | $16,601.25 | $116,601.25 | | | |
| 556 | 6/11/2022 | $16,633.64 | $116,633.64 | | | |
| 557 | 6/12/2022 | $16,666.03 | $116,666.03 | | | |
| 558 | 6/13/2022 | $16,698.44 | $116,698.44 | | | |
| 559 | 6/14/2022 | $16,730.86 | $116,730.86 | | | |
| 560 | 6/15/2022 | $16,763.28 | $116,763.28 | | | |
| 561 | 6/16/2022 | $16,795.72 | $116,795.72 | | | |
| 562 | 6/17/2022 | $16,828.16 | $116,828.16 | | | |
| 563 | 6/18/2022 | $16,860.61 | $116,860.61 | | | |
| 564 | 6/19/2022 | $16,893.07 | $116,893.07 | | | |
| 565 | 6/20/2022 | $16,925.54 | $116,925.54 | | | |
| 566 | 6/21/2022 | $16,958.02 | $116,958.02 | | | |
| 567 | 6/22/2022 | $16,990.51 | $116,990.51 | | | |
| 568 | 6/23/2022 | $17,023.01 | $117,023.01 | | | |
| 569 | 6/24/2022 | $17,055.52 | $117,055.52 | | | |
| 570 | 6/25/2022 | $17,088.03 | $117,088.03 | | | |
| 571 | 6/26/2022 | $17,120.56 | $117,120.56 | | | |
| 572 | 6/27/2022 | $17,153.09 | $117,153.09 | | | |
| 573 | 6/28/2022 | $17,185.63 | $117,185.63 | | | |
| 574 | 6/29/2022 | $17,218.18 | $117,218.18 | | | |
| 575 | 6/30/2022 | $17,250.74 | $117,250.74 | | | |
| 576 | 7/1/2022 | $17,283.31 | $117,283.31 | | | |
| 577 | 7/2/2022 | $17,315.89 | $117,315.89 | | | |
| 578 | 7/3/2022 | $17,348.48 | $117,348.48 | | | |
| 579 | 7/4/2022 | $17,381.08 | $117,381.08 | | | |
| 580 | 7/5/2022 | $17,413.68 | $117,413.68 | | | |
| 581 | 7/6/2022 | $17,446.30 | $117,446.30 | | | |
| 582 | 7/7/2022 | $17,478.92 | $117,478.92 | | | |
| 583 | 7/8/2022 | $17,511.55 | $117,511.55 | | | |
| 584 | 7/9/2022 | $17,544.20 | $117,544.20 | | | |
| 585 | 7/10/2022 | $17,576.85 | $117,576.85 | | | |
| 586 | 7/11/2022 | $17,609.51 | $117,609.51 | | | |
| 587 | 7/12/2022 | $17,642.18 | $117,642.18 | | | |
| 588 | 7/13/2022 | $17,674.86 | $117,674.86 | | | |
| 589 | 7/14/2022 | $17,707.54 | $117,707.54 | | | |
| 590 | 7/15/2022 | $17,740.24 | $117,740.24 | | | |
| 591 | 7/16/2022 | $17,772.95 | $117,772.95 | | | |
| 592 | 7/17/2022 | $17,805.66 | $117,805.66 | | | |
| 593 | 7/18/2022 | $17,838.38 | $117,838.38 | | | |
| 594 | 7/19/2022 | $17,871.12 | $117,871.12 | | | |
| 595 | 7/20/2022 | $17,903.86 | $117,903.86 | | | |
| 596 | 7/21/2022 | $17,936.61 | $117,936.61 | | | |
| 597 | 7/22/2022 | $17,969.37 | $117,969.37 | | | |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 598 | 7/23/2022 | $18,002.14 | $118,002.14 | | | |
| 599 | 7/24/2022 | $18,034.92 | $118,034.92 | | | |
| 600 | 7/25/2022 | $18,067.70 | $118,067.70 | | | |
| 601 | 7/26/2022 | $18,100.50 | $118,100.50 | | | |
| 602 | 7/27/2022 | $18,133.31 | $118,133.31 | | | |
| 603 | 7/28/2022 | $18,166.12 | $118,166.12 | | | |
| 604 | 7/29/2022 | $18,198.95 | $118,198.95 | | | |
| 605 | 7/30/2022 | $18,231.78 | $118,231.78 | | | |
| 606 | 7/31/2022 | $18,264.62 | $118,264.62 | | | |
| 607 | 8/1/2022 | $18,297.47 | $118,297.47 | | | |
| 608 | 8/2/2022 | $18,330.33 | $118,330.33 | | | |
| 609 | 8/3/2022 | $18,363.20 | $118,363.20 | | | |
| 610 | 8/4/2022 | $18,396.08 | $118,396.08 | | | |
| 611 | 8/5/2022 | $18,428.97 | $118,428.97 | | | |
| 612 | 8/6/2022 | $18,461.87 | $118,461.87 | | | |
| 613 | 8/7/2022 | $18,494.77 | $118,494.77 | | | |
| 614 | 8/8/2022 | $18,527.69 | $118,527.69 | | | |
| 615 | 8/9/2022 | $18,560.61 | $118,560.61 | | | |
| 616 | 8/10/2022 | $18,593.54 | $118,593.54 | | | |
| 617 | 8/11/2022 | $18,626.49 | $118,626.49 | | | |
| 618 | 8/12/2022 | $18,659.44 | $118,659.44 | | | |
| 619 | 8/13/2022 | $18,692.40 | $118,692.40 | | | |
| 620 | 8/14/2022 | $18,725.37 | $118,725.37 | | | |
| 621 | 8/15/2022 | $18,758.35 | $118,758.35 | | | |
| 622 | 8/16/2022 | $18,791.34 | $118,791.34 | | | |
| 623 | 8/17/2022 | $18,824.34 | $118,824.34 | | | |
| 624 | 8/18/2022 | $18,857.34 | $118,857.34 | | | |
| 625 | 8/19/2022 | $18,890.36 | $118,890.36 | | | |
| 626 | 8/20/2022 | $18,923.38 | $118,923.38 | | | |
| 627 | 8/21/2022 | $18,956.42 | $118,956.42 | | | |
| 628 | 8/22/2022 | $18,989.46 | $118,989.46 | | | |
| 629 | 8/23/2022 | $19,022.51 | $119,022.51 | | | |
| 630 | 8/24/2022 | $19,055.58 | $119,055.58 | | | |
| 631 | 8/25/2022 | $19,088.65 | $119,088.65 | | | |
| 632 | 8/26/2022 | $19,121.73 | $119,121.73 | | | |
| 633 | 8/27/2022 | $19,154.82 | $119,154.82 | | | |
| 634 | 8/28/2022 | $19,187.91 | $119,187.91 | | | |
| 635 | 8/29/2022 | $19,221.02 | $119,221.02 | | | |
| 636 | 8/30/2022 | $19,254.14 | $119,254.14 | | | |
| 637 | 8/31/2022 | $19,287.27 | $119,287.27 | | | |
| 638 | 9/1/2022 | $19,320.40 | $119,320.40 | | | |
| 639 | 9/2/2022 | $19,353.55 | $119,353.55 | | | |
| 640 | 9/3/2022 | $19,386.70 | $119,386.70 | | | |
| 641 | 9/4/2022 | $19,419.86 | $119,419.86 | | | |
| 642 | 9/5/2022 | $19,453.03 | $119,453.03 | | | |
| 643 | 9/6/2022 | $19,486.22 | $119,486.22 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 644 | 9/7/2022 | $19,519.41 | $119,519.41 | | | |
| 645 | 9/8/2022 | $19,552.61 | $119,552.61 | | | |
| 646 | 9/9/2022 | $19,585.82 | $119,585.82 | | | |
| 647 | 9/10/2022 | $19,619.03 | $119,619.03 | | | |
| 648 | 9/11/2022 | $19,652.26 | $119,652.26 | | | |
| 649 | 9/12/2022 | $19,685.50 | $119,685.50 | | | |
| 650 | 9/13/2022 | $19,718.74 | $119,718.74 | | | |
| 651 | 9/14/2022 | $19,752.00 | $119,752.00 | | | |
| 652 | 9/15/2022 | $19,785.26 | $119,785.26 | | | |
| 653 | 9/16/2022 | $19,818.54 | $119,818.54 | | | |
| 654 | 9/17/2022 | $19,851.82 | $119,851.82 | | | |
| 655 | 9/18/2022 | $19,885.11 | $119,885.11 | | | |
| 656 | 9/19/2022 | $19,918.41 | $119,918.41 | | | |
| 657 | 9/20/2022 | $19,951.72 | $119,951.72 | | | |
| 658 | 9/21/2022 | $19,985.04 | $119,985.04 | | | |
| 659 | 9/22/2022 | $20,018.37 | $120,018.37 | | | |
| 660 | 9/23/2022 | $20,051.71 | $120,051.71 | | | |
| 661 | 9/24/2022 | $20,085.06 | $120,085.06 | | | |
| 662 | 9/25/2022 | $20,118.42 | $120,118.42 | | | |
| 663 | 9/26/2022 | $20,151.78 | $120,151.78 | | | |
| 664 | 9/27/2022 | $20,185.16 | $120,185.16 | | | |
| 665 | 9/28/2022 | $20,218.54 | $120,218.54 | | | |
| 666 | 9/29/2022 | $20,251.94 | $120,251.94 | | | |
| 667 | 9/30/2022 | $20,285.34 | $120,285.34 | | | |
| 668 | 10/1/2022 | $20,318.75 | $120,318.75 | | | |
| 669 | 10/2/2022 | $20,352.17 | $120,352.17 | | | |
| 670 | 10/3/2022 | $20,385.61 | $120,385.61 | | | |
| 671 | 10/4/2022 | $20,419.05 | $120,419.05 | | | |
| 672 | 10/5/2022 | $20,452.50 | $120,452.50 | | | |
| 673 | 10/6/2022 | $20,485.96 | $120,485.96 | | | |
| 674 | 10/7/2022 | $20,519.42 | $120,519.42 | | | |
| 675 | 10/8/2022 | $20,552.90 | $120,552.90 | | | |
| 676 | 10/9/2022 | $20,586.39 | $120,586.39 | | | |
| 677 | 10/10/2022 | $20,619.88 | $120,619.88 | | | |
| 678 | 10/11/2022 | $20,653.39 | $120,653.39 | | | |
| 679 | 10/12/2022 | $20,686.90 | $120,686.90 | | | |
| 680 | 10/13/2022 | $20,720.43 | $120,720.43 | | | |
| 681 | 10/14/2022 | $20,753.96 | $120,753.96 | | | |
| 682 | 10/15/2022 | $20,787.51 | $120,787.51 | | | |
| 683 | 10/16/2022 | $20,821.06 | $120,821.06 | | | |
| 684 | 10/17/2022 | $20,854.62 | $120,854.62 | | | |
| 685 | 10/18/2022 | $20,888.19 | $120,888.19 | | | |
| 686 | 10/19/2022 | $20,921.77 | $120,921.77 | | | |
| 687 | 10/20/2022 | $20,955.36 | $120,955.36 | | | |
| 688 | 10/21/2022 | $20,988.96 | $120,988.96 | | | |
| 689 | 10/22/2022 | $21,022.57 | $121,022.57 | | | |

|     | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 690 | 10/23/2022 | $21,056.18 | $121,056.18 | | | |
| 691 | 10/24/2022 | $21,089.81 | $121,089.81 | | | |
| 692 | 10/25/2022 | $21,123.45 | $121,123.45 | | | |
| 693 | 10/26/2022 | $21,157.09 | $121,157.09 | | | |
| 694 | 10/27/2022 | $21,190.75 | $121,190.75 | | | |
| 695 | 10/28/2022 | $21,224.41 | $121,224.41 | | | |
| 696 | 10/29/2022 | $21,258.08 | $121,258.08 | | | |
| 697 | 10/30/2022 | $21,291.77 | $121,291.77 | | | |
| 698 | 10/31/2022 | $21,325.46 | $121,325.46 | | | |
| 699 | 11/1/2022 | $21,359.16 | $121,359.16 | | | |
| 700 | 11/2/2022 | $21,392.87 | $121,392.87 | | | |
| 701 | 11/3/2022 | $21,426.59 | $121,426.59 | | | |
| 702 | 11/4/2022 | $21,460.32 | $121,460.32 | | | |
| 703 | 11/5/2022 | $21,494.06 | $121,494.06 | | | |
| 704 | 11/6/2022 | $21,527.81 | $121,527.81 | | | |
| 705 | 11/7/2022 | $21,561.57 | $121,561.57 | | | |
| 706 | 11/8/2022 | $21,595.33 | $121,595.33 | | | |
| 707 | 11/9/2022 | $21,629.11 | $121,629.11 | | | |
| 708 | 11/10/2022 | $21,662.90 | $121,662.90 | | | |
| 709 | 11/11/2022 | $21,696.69 | $121,696.69 | | | |
| 710 | 11/12/2022 | $21,730.49 | $121,730.49 | | | |
| 711 | 11/13/2022 | $21,764.31 | $121,764.31 | | | |
| 712 | 11/14/2022 | $21,798.13 | $121,798.13 | | | |
| 713 | 11/15/2022 | $21,831.97 | $121,831.97 | | | |
| 714 | 11/16/2022 | $21,865.81 | $121,865.81 | | | |
| 715 | 11/17/2022 | $21,899.66 | $121,899.66 | | | |
| 716 | 11/18/2022 | $21,933.52 | $121,933.52 | | | |
| 717 | 11/19/2022 | $21,967.39 | $121,967.39 | | | |
| 718 | 11/20/2022 | $22,001.27 | $122,001.27 | | | |
| 719 | 11/21/2022 | $22,035.16 | $122,035.16 | | | |
| 720 | 11/22/2022 | $22,069.06 | $122,069.06 | | | |
| 721 | 11/23/2022 | $22,102.97 | $122,102.97 | | | |
| 722 | 11/24/2022 | $22,136.88 | $122,136.88 | | | |
| 723 | 11/25/2022 | $22,170.81 | $122,170.81 | | | |
| 724 | 11/26/2022 | $22,204.75 | $122,204.75 | | | |
| 725 | 11/27/2022 | $22,238.69 | $122,238.69 | | | |
| 726 | 11/28/2022 | $22,272.65 | $122,272.65 | | | |
| 727 | 11/29/2022 | $22,306.61 | $122,306.61 | | | |
| 728 | 11/30/2022 | $22,340.59 | $122,340.59 | | | |
| 729 | 12/1/2022 | $22,374.57 | $122,374.57 | | | |
| 730 | 12/2/2022 | $22,408.56 | $122,408.56 | | | |
| 731 | 12/3/2022 | $22,442.57 | $122,442.57 | | | |
| 732 | 12/4/2022 | $22,476.58 | $122,476.58 | | | |
| 733 | 12/5/2022 | $22,510.60 | $122,510.60 | | | |
| 734 | 12/6/2022 | $22,544.63 | $122,544.63 | | | |
| 735 | 12/7/2022 | $22,578.67 | $122,578.67 | | | |

|     | A          | B           | C            | D | E | F |
|-----|------------|-------------|--------------|---|---|---|
| 736 | 12/8/2022  | $22,612.72  | $122,612.72  |   |   |   |
| 737 | 12/9/2022  | $22,646.78  | $122,646.78  |   |   |   |
| 738 | 12/10/2022 | $22,680.85  | $122,680.85  |   |   |   |
| 739 | 12/11/2022 | $22,714.92  | $122,714.92  |   |   |   |
| 740 | 12/12/2022 | $22,749.01  | $122,749.01  |   |   |   |
| 741 | 12/13/2022 | $22,783.11  | $122,783.11  |   |   |   |
| 742 | 12/14/2022 | $22,817.22  | $122,817.22  |   |   |   |
| 743 | 12/15/2022 | $22,851.33  | $122,851.33  |   |   |   |
| 744 | 12/16/2022 | $22,885.46  | $122,885.46  |   |   |   |
| 745 | 12/17/2022 | $22,919.59  | $122,919.59  |   |   |   |
| 746 | 12/18/2022 | $22,953.74  | $122,953.74  |   |   |   |
| 747 | 12/19/2022 | $22,987.89  | $122,987.89  |   |   |   |
| 748 | 12/20/2022 | $23,022.05  | $123,022.05  |   |   |   |
| 749 | 12/21/2022 | $23,056.23  | $123,056.23  |   |   |   |
| 750 | 12/22/2022 | $23,090.41  | $123,090.41  |   |   |   |
| 751 | 12/23/2022 | $23,124.60  | $123,124.60  |   |   |   |
| 752 | 12/24/2022 | $23,158.80  | $123,158.80  |   |   |   |
| 753 | 12/25/2022 | $23,193.01  | $123,193.01  |   |   |   |
| 754 | 12/26/2022 | $23,227.23  | $123,227.23  |   |   |   |
| 755 | 12/27/2022 | $23,261.46  | $123,261.46  |   |   |   |
| 756 | 12/28/2022 | $23,295.70  | $123,295.70  |   |   |   |
| 757 | 12/29/2022 | $23,329.95  | $123,329.95  |   |   |   |
| 758 | 12/30/2022 | $23,364.21  | $123,364.21  |   |   |   |
| 759 | 12/31/2022 | $23,398.48  | $123,398.48  |   |   |   |
| 760 | 1/1/2023   | $23,432.75  | $123,432.75  |   |   |   |
| 761 | 1/2/2023   | $23,467.04  | $123,467.04  |   |   |   |
| 762 | 1/3/2023   | $23,501.34  | $123,501.34  |   |   |   |
| 763 | 1/4/2023   | $23,535.64  | $123,535.64  |   |   |   |
| 764 | 1/5/2023   | $23,569.96  | $123,569.96  |   |   |   |
| 765 | 1/6/2023   | $23,604.28  | $123,604.28  |   |   |   |
| 766 | 1/7/2023   | $23,638.62  | $123,638.62  |   |   |   |
| 767 | 1/8/2023   | $23,672.96  | $123,672.96  |   |   |   |
| 768 | 1/9/2023   | $23,707.32  | $123,707.32  |   |   |   |
| 769 | 1/10/2023  | $23,741.68  | $123,741.68  |   |   |   |
| 770 | 1/11/2023  | $23,776.05  | $123,776.05  |   |   |   |
| 771 | 1/12/2023  | $23,810.43  | $123,810.43  |   |   |   |
| 772 | 1/13/2023  | $23,844.83  | $123,844.83  |   |   |   |
| 773 | 1/14/2023  | $23,879.23  | $123,879.23  |   |   |   |
| 774 | 1/15/2023  | $23,913.64  | $123,913.64  |   |   |   |
| 775 | 1/16/2023  | $23,948.06  | $123,948.06  |   |   |   |
| 776 | 1/17/2023  | $23,982.49  | $123,982.49  |   |   |   |
| 777 | 1/18/2023  | $24,016.93  | $124,016.93  |   |   |   |
| 778 | 1/19/2023  | $24,051.38  | $124,051.38  |   |   |   |
| 779 | 1/20/2023  | $24,085.84  | $124,085.84  |   |   |   |
| 780 | 1/21/2023  | $24,120.30  | $124,120.30  |   |   |   |
| 781 | 1/22/2023  | $24,154.78  | $124,154.78  |   |   |   |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 782 | 1/23/2023 | $24,189.27 | $124,189.27 |  |  |  |
| 783 | 1/24/2023 | $24,223.77 | $124,223.77 |  |  |  |
| 784 | 1/25/2023 | $24,258.27 | $124,258.27 |  |  |  |
| 785 | 1/26/2023 | $24,292.79 | $124,292.79 |  |  |  |
| 786 | 1/27/2023 | $24,327.31 | $124,327.31 |  |  |  |
| 787 | 1/28/2023 | $24,361.85 | $124,361.85 |  |  |  |
| 788 | 1/29/2023 | $24,396.40 | $124,396.40 |  |  |  |
| 789 | 1/30/2023 | $24,430.95 | $124,430.95 |  |  |  |
| 790 | 1/31/2023 | $24,465.51 | $124,465.51 |  |  |  |
| 791 | 2/1/2023 | $24,500.09 | $124,500.09 |  |  |  |
| 792 | 2/2/2023 | $24,534.67 | $124,534.67 |  |  |  |
| 793 | 2/3/2023 | $24,569.26 | $124,569.26 |  |  |  |
| 794 | 2/4/2023 | $24,603.87 | $124,603.87 |  |  |  |
| 795 | 2/5/2023 | $24,638.48 | $124,638.48 |  |  |  |
| 796 | 2/6/2023 | $24,673.10 | $124,673.10 |  |  |  |
| 797 | 2/7/2023 | $24,707.73 | $124,707.73 |  |  |  |
| 798 | 2/8/2023 | $24,742.37 | $124,742.37 |  |  |  |
| 799 | 2/9/2023 | $24,777.02 | $124,777.02 |  |  |  |
| 800 | 2/10/2023 | $24,811.68 | $124,811.68 |  |  |  |
| 801 | 2/11/2023 | $24,846.35 | $124,846.35 |  |  |  |
| 802 | 2/12/2023 | $24,881.03 | $124,881.03 |  |  |  |
| 803 | 2/13/2023 | $24,915.72 | $124,915.72 |  |  |  |
| 804 | 2/14/2023 | $24,950.42 | $124,950.42 |  |  |  |
| 805 | 2/15/2023 | $24,985.13 | $124,985.13 |  |  |  |
| 806 | 2/16/2023 | $25,019.85 | $125,019.85 |  |  |  |
| 807 | 2/17/2023 | $25,054.58 | $125,054.58 |  |  |  |
| 808 | 2/18/2023 | $25,089.31 | $125,089.31 |  |  |  |
| 809 | 2/19/2023 | $25,124.06 | $125,124.06 |  |  |  |
| 810 | 2/20/2023 | $25,158.82 | $125,158.82 |  |  |  |
| 811 | 2/21/2023 | $25,193.58 | $125,193.58 |  |  |  |
| 812 | 2/22/2023 | $25,228.36 | $125,228.36 |  |  |  |
| 813 | 2/23/2023 | $25,263.14 | $125,263.14 |  |  |  |
| 814 | 2/24/2023 | $25,297.94 | $125,297.94 |  |  |  |
| 815 | 2/25/2023 | $25,332.74 | $125,332.74 |  |  |  |
| 816 | 2/26/2023 | $25,367.56 | $125,367.56 |  |  |  |
| 817 | 2/27/2023 | $25,402.38 | $125,402.38 |  |  |  |
| 818 | 2/28/2023 | $25,437.22 | $125,437.22 |  |  |  |
| 819 | 3/1/2023 | $25,472.06 | $125,472.06 |  |  |  |
| 820 | 3/2/2023 | $25,506.91 | $125,506.91 |  |  |  |
| 821 | 3/3/2023 | $25,541.78 | $125,541.78 |  |  |  |
| 822 | 3/4/2023 | $25,576.65 | $125,576.65 |  |  |  |
| 823 | 3/5/2023 | $25,611.53 | $125,611.53 |  |  |  |
| 824 | 3/6/2023 | $25,646.43 | $125,646.43 |  |  |  |
| 825 | 3/7/2023 | $25,681.33 | $125,681.33 |  |  |  |
| 826 | 3/8/2023 | $25,716.24 | $125,716.24 |  |  |  |
| 827 | 3/9/2023 | $25,751.16 | $125,751.16 |  |  |  |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 828 | 3/10/2023 | $25,786.09 | $125,786.09 | | | |
| 829 | 3/11/2023 | $25,821.03 | $125,821.03 | | | |
| 830 | 3/12/2023 | $25,855.98 | $125,855.98 | | | |
| 831 | 3/13/2023 | $25,890.94 | $125,890.94 | | | |
| 832 | 3/14/2023 | $25,925.91 | $125,925.91 | | | |
| 833 | 3/15/2023 | $25,960.89 | $125,960.89 | | | |
| 834 | 3/16/2023 | $25,995.88 | $125,995.88 | | | |
| 835 | 3/17/2023 | $26,030.88 | $126,030.88 | | | |
| 836 | 3/18/2023 | $26,065.89 | $126,065.89 | | | |
| 837 | 3/19/2023 | $26,100.91 | $126,100.91 | | | |
| 838 | 3/20/2023 | $26,135.93 | $126,135.93 | | | |
| 839 | 3/21/2023 | $26,170.97 | $126,170.97 | | | |
| 840 | 3/22/2023 | $26,206.02 | $126,206.02 | | | |
| 841 | 3/23/2023 | $26,241.08 | $126,241.08 | | | |
| 842 | 3/24/2023 | $26,276.14 | $126,276.14 | | | |
| 843 | 3/25/2023 | $26,311.22 | $126,311.22 | | | |
| 844 | 3/26/2023 | $26,346.31 | $126,346.31 | | | |
| 845 | 3/27/2023 | $26,381.40 | $126,381.40 | | | |
| 846 | 3/28/2023 | $26,416.51 | $126,416.51 | | | |
| 847 | 3/29/2023 | $26,451.62 | $126,451.62 | | | |
| 848 | 3/30/2023 | $26,486.75 | $126,486.75 | | | |
| 849 | 3/31/2023 | $26,521.88 | $126,521.88 | | | |
| 850 | 4/1/2023 | $26,557.03 | $126,557.03 | | | |
| 851 | 4/2/2023 | $26,592.18 | $126,592.18 | | | |
| 852 | 4/3/2023 | $26,627.35 | $126,627.35 | | | |
| 853 | 4/4/2023 | $26,662.52 | $126,662.52 | | | |
| 854 | 4/5/2023 | $26,697.71 | $126,697.71 | | | |